# EXHIBIT 1

# Raw Whois Record

```
Domain Name: 3BLACKROCK.COM
Registry Domain ID: 2743498165_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2022-12-09T01:48:02Z
Creation Date: 2022-12-09T01:47:59Z
Registry Expiry Date: 2023-12-09T01:47:59Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-10-05T13:51:03Z <<<


Domain name: 3blackrock.com
Registry Domain ID: 2743498165_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2022-12-09T01:47:59.00Z
Registrar Registration Expiration Date: 2023-12-09T01:47:59.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.9854014545
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: Redacted for Privacy
Registrant Organization: Privacy service provided by Withheld for Privacy ehf
Registrant Street: Kalkofnsvegur 2
Registrant City: Reykjavik
Registrant State/Province: Capital Region
Registrant Postal Code: 101
Registrant Country: IS
Registrant Phone: +354.4212434
Registrant Phone Ext:
Registrant Fax:
```

```
Registrant Fax Ext:
Registrant Email: 62ebf2f9588c435f8d8b2a7997de0a7f.protect@withheldforprivacy.co
Registry Admin ID:
Admin Name: Redacted for Privacy
Admin Organization: Privacy service provided by Withheld for Privacy ehf
Admin Street: Kalkofnsvegur 2
Admin City: Reykjavik
Admin State/Province: Capital Region
Admin Postal Code: 101
Admin Country: IS
Admin Phone: +354.4212434
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: 62ebf2f9588c435f8d8b2a7997de0a7f.protect@withheldforprivacy.com
Registry Tech ID:
Tech Name: Redacted for Privacy
Tech Organization: Privacy service provided by Withheld for Privacy ehf
Tech Street: Kalkofnsvegur 2
Tech City: Reykjavik
Tech State/Province: Capital Region
Tech Postal Code: 101
Tech Country: IS
Tech Phone: +354.4212434
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: 62ebf2f9588c435f8d8b2a7997de0a7f.protect@withheldforprivacy.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-10-05T12:51:21.67Z <<<
```

# EXHIBIT 2

# Raw Whois Record

```
Domain Name: ALADDIN-BLACKROCK.COM
Registry Domain ID: 2718038720_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.ovh.com
Registrar URL: http://www.ovh.com
Updated Date: 2023-09-11T11:26:10Z
Creation Date: 2022-08-14T11:22:13Z
Registry Expiry Date: 2023-08-14T11:22:13Z
Registrar: OVH sas
Registrar IANA ID: 433
Registrar Abuse Contact Email: abuse@ovh.net
Registrar Abuse Contact Phone: +33.972101007
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-10-05T14:22:53Z <<<


Domain Name: aladdin-blackrock.com
Registry Domain ID: 2718038720_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.ovh.com
Registrar URL: https://www.ovh.com
Updated Date: 2023-09-11T11:26:10Z
Creation Date: 2022-08-14T11:22:13Z
Registrar Registration Expiration Date: 2023-08-14T11:22:13Z
Registrar: OVH, SAS
Registrar IANA ID: 433
Registrar Abuse Contact Email: abuse@ovh.net
Registrar Abuse Contact Phone: +33.972101007
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Domain Status: inactive https://icann.org/epp#inactive
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: pendingDelete https://icann.org/epp#pendingDelete
Registry Registrant ID:
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization:
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province:
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: FR
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
```

```
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: REDACTED FOR PRIVACY - Send message to contact by visiting htt
Registry Admin ID:
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: REDACTED FOR PRIVACY - Send message to contact by visiting https://
Registry Tech ID:
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: REDACTED FOR PRIVACY - Send message to contact by visiting https://w
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-09-11T11:26:10Z <<<
```

# EXHIBIT 3

# Raw Whois Record

```
Domain Name: ASSETSBLACKROCK.COM
Registry Domain ID: 2742827411_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.squarespace.domains
Registrar URL: http://domains2.squarespace.com
Updated Date: 2022-12-06T00:55:50Z
Creation Date: 2022-12-06T00:55:49Z
Registry Expiry Date: 2023-12-06T00:55:49Z
Registrar: Squarespace Domains II LLC
Registrar IANA ID: 895
Registrar Abuse Contact Email: abuse-complaints@squarespace.com
Registrar Abuse Contact Phone: +1.6466935324
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Name Server: NS-CLOUD-E1.GOOGLEDOMAINS.COM
Name Server: NS-CLOUD-E2.GOOGLEDOMAINS.COM
Name Server: NS-CLOUD-E3.GOOGLEDOMAINS.COM
Name Server: NS-CLOUD-E4.GOOGLEDOMAINS.COM
DNSSEC: signedDelegation
DNSSEC DS Data: 28252 8 2 624170ED3F738E02DF0D8181582003779DE38A814119717E1BE59B
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-10-05T14:35:15Z <<<


Domain Name: assetsblackrock.com
Registry Domain ID: 2742827411_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.squarespace.domains
Registrar URL: https://domains2.squarespace.com
Updated Date: 2022-12-06T00:55:50Z
Creation Date: 2022-12-06T00:55:49Z
Registrar Registration Expiration Date: 2023-12-06T00:55:49Z
Registrar: Squarespace Domains II LLC
Registrar IANA ID: 895
Registrar Abuse Contact Email: abuse-complaints@squarespace.com
Registrar Abuse Contact Phone: +1.646-693-5324
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransfer
Registry Registrant ID:
Registrant Name: Contact Privacy Inc. Customer 7151571251
Registrant Organization: Contact Privacy Inc. Customer 7151571251
Registrant Street: 96 Mowat Ave
Registrant City: Toronto
Registrant State/Province: ON
Registrant Postal Code: M4K 3K1
Registrant Country: CA
Registrant Phone: +1.4165385487
Registrant Phone Ext:
```

Basic Domain Report for assetsblackrock.com - domainIQ                    October 5, 2023

```
Registrant Fax:
Registrant Fax Ext:
Registrant Email: https://domains.google.com/contactregistrant?domain=assetsblac
Registry Admin ID:
Admin Name: Contact Privacy Inc. Customer 7151571251
Admin Organization: Contact Privacy Inc. Customer 7151571251
Admin Street: 96 Mowat Ave
Admin City: Toronto
Admin State/Province: ON
Admin Postal Code: M4K 3K1
Admin Country: CA
Admin Phone: +1.4165385487
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: https://domains.google.com/contactregistrant?domain=assetsblackrock
Registry Tech ID:
Tech Name: Contact Privacy Inc. Customer 7151571251
Tech Organization: Contact Privacy Inc. Customer 7151571251
Tech Street: 96 Mowat Ave
Tech City: Toronto
Tech State/Province: ON
Tech Postal Code: M4K 3K1
Tech Country: CA
Tech Phone: +1.4165385487
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: https://domains.google.com/contactregistrant?domain=assetsblackrock.
Name Server: NS-CLOUD-E1.GOOGLEDOMAINS.COM
Name Server: NS-CLOUD-E2.GOOGLEDOMAINS.COM
Name Server: NS-CLOUD-E3.GOOGLEDOMAINS.COM
Name Server: NS-CLOUD-E4.GOOGLEDOMAINS.COM
DNSSEC: signedDelegation
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-10-05T14:34:25.296345Z <<<
```

# EXHIBIT 4

# Raw Whois Record

```
Domain Name: BLACKROCK500.COM
Registry Domain ID: 2742923596_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2022-12-15T20:58:49Z
Creation Date: 2022-12-06T16:13:48Z
Registry Expiry Date: 2023-12-06T16:13:48Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Name Server: KOA.NS.CLOUDFLARE.COM
Name Server: SURINA.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-10-05T14:53:04Z <<<


Domain name: blackrock500.com
Registry Domain ID: 2742923596_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2022-12-06T16:13:48.00Z
Registrar Registration Expiration Date: 2023-12-06T16:13:48.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.9854014545
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Domain Status: clientHold https://icann.org/epp#clientHold
Registry Registrant ID:
Registrant Name: Redacted for Privacy
Registrant Organization: Privacy service provided by Withheld for Privacy ehf
Registrant Street: Kalkofnsvegur 2
Registrant City: Reykjavik
Registrant State/Province: Capital Region
Registrant Postal Code: 101
Registrant Country: IS
Registrant Phone: +354.4212434
Registrant Phone Ext:
```

Basic Domain Report for blackrock500.com - domainIQ                                         October 5, 2023

```
Registrant Fax:
Registrant Fax Ext:
Registrant Email: b26c9f040b324856b28c06057f939a98.protect@withheldforprivacy.co
Registry Admin ID:
Admin Name: Redacted for Privacy
Admin Organization: Privacy service provided by Withheld for Privacy ehf
Admin Street: Kalkofnsvegur 2
Admin City: Reykjavik
Admin State/Province: Capital Region
Admin Postal Code: 101
Admin Country: IS
Admin Phone: +354.4212434
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: b26c9f040b324856b28c06057f939a98.protect@withheldforprivacy.com
Registry Tech ID:
Tech Name: Redacted for Privacy
Tech Organization: Privacy service provided by Withheld for Privacy ehf
Tech Street: Kalkofnsvegur 2
Tech City: Reykjavik
Tech State/Province: Capital Region
Tech Postal Code: 101
Tech Country: IS
Tech Phone: +354.4212434
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: b26c9f040b324856b28c06057f939a98.protect@withheldforprivacy.com
Name Server: koa.ns.cloudflare.com
Name Server: surina.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-10-05T13:53:11.27Z <<<
```

# EXHIBIT 5

# Raw Whois Record

```
Domain Name: BLACKROCKBOND.COM
Registry Domain ID: 2763318708_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.regtons.com
Registrar URL: http://regtons.com
Updated Date: 2023-04-14T11:26:50Z
Creation Date: 2023-03-07T13:58:32Z
Registry Expiry Date: 2024-03-07T13:58:32Z
Registrar: Gransy, s.r.o.
Registrar IANA ID: 1505
Registrar Abuse Contact Email: abuse@regtons.com
Registrar Abuse Contact Phone: +420.734 463 373
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Name Server: NS1.DNS-PARKING.COM
Name Server: NS2.DNS-PARKING.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-10-05T14:55:20Z <<<


Domain Name: blackrockbond.com
Registry Domain ID: 2763318708_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.regtons.com
Registrar URL: http://regtons.com
Updated Date: 2023-04-14T00:00:00Z
Creation Date: 2023-03-07T00:00:00Z
Registrar Registration Expiration Date: 2024-03-07T00:00:00Z
Registrar: GRANSY S.R.O D/B/A SUBREG.CZ
Registrar IANA ID: 1505
Registrar Abuse Contact Email: abuse@regtons.com
Registrar Abuse Contact Phone: +420.734463373
Domain Status: clienttransferprohibited https://www.icann.org/epp#clienttransfer
Registry Registrant ID: Not Disclosed
Registrant Name: Not Disclosed Not Disclosed
Registrant Organization: My Domain Provider
Registrant Street: Not Disclosed
Registrant City: Not Disclosed
Registrant State/Province:
Registrant Postal Code: Not Disclosed
Registrant Country: NL
Registrant Phone: Not Disclosed
Registrant Phone Ext: Not Disclosed
Registrant Fax: Not Disclosed
Registrant Fax Ext: Not Disclosed
```

```
Registrant Email: webproxy@whoisprotection.domains
Registry Admin ID: Not Disclosed
Admin Name: Not Disclosed Not Disclosed
Admin Organization:
Admin Street: Not Disclosed
Admin City: Not Disclosed
Admin State/Province: Not Disclosed
Admin Postal Code: Not Disclosed
Admin Country: Not Disclosed
Admin Phone: Not Disclosed
Admin Phone Ext: Not Disclosed
Admin Fax: Not Disclosed
Admin Fax Ext: Not Disclosed
Admin Email: webproxy@whoisprotection.domains
Registry Tech ID: Not Disclosed
Tech Name: Not Disclosed Not Disclosed
Tech Organization:
Tech Street: Not Disclosed
Tech City: Not Disclosed
Tech State/Province: Not Disclosed
Tech Postal Code: Not Disclosed
Tech Country: Not Disclosed
Tech Phone: Not Disclosed
Tech Phone Ext: Not Disclosed
Tech Fax: Not Disclosed
Tech Fax Ext: Not Disclosed
Tech Email: webproxy@whoisprotection.domains
Name Server: ns1.dns-parking.com
Name Server: ns2.dns-parking.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-10-05T00:00:00Z <<<
```

# EXHIBIT 6

# Raw Whois Record

```
Domain Name: BLACKROCKSHARE.COM
Registry Domain ID: 2769409415_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2023-05-24T15:43:58Z
Creation Date: 2023-03-31T11:34:29Z
Registry Expiry Date: 2024-03-31T11:34:29Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Name Server: NS1.BLACKROCKSHARE.COM
Name Server: NS2.BLACKROCKSHARE.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-10-05T14:57:20Z <<<


Domain name: blackrockshare.com
Registry Domain ID: 2769409415_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2023-03-31T11:34:29.00Z
Registrar Registration Expiration Date: 2024-03-31T11:34:29.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.9854014545
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: Redacted for Privacy
Registrant Organization: Privacy service provided by Withheld for Privacy ehf
Registrant Street: Kalkofnsvegur 2
Registrant City: Reykjavik
Registrant State/Province: Capital Region
Registrant Postal Code: 101
Registrant Country: IS
Registrant Phone: +354.4212434
Registrant Phone Ext:
Registrant Fax:
```

```
Registrant Fax Ext:
Registrant Email: 4123705ea69b4f87814fcdb2cdd358cf.protect@withheldforprivacy.co
Registry Admin ID:
Admin Name: Redacted for Privacy
Admin Organization: Privacy service provided by Withheld for Privacy ehf
Admin Street: Kalkofnsvegur 2
Admin City: Reykjavik
Admin State/Province: Capital Region
Admin Postal Code: 101
Admin Country: IS
Admin Phone: +354.4212434
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: 4123705ea69b4f87814fcdb2cdd358cf.protect@withheldforprivacy.com
Registry Tech ID:
Tech Name: Redacted for Privacy
Tech Organization: Privacy service provided by Withheld for Privacy ehf
Tech Street: Kalkofnsvegur 2
Tech City: Reykjavik
Tech State/Province: Capital Region
Tech Postal Code: 101
Tech Country: IS
Tech Phone: +354.4212434
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: 4123705ea69b4f87814fcdb2cdd358cf.protect@withheldforprivacy.com
Name Server: ns1.blackrockshare.com
Name Server: ns2.blackrockshare.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-10-05T03:57:41.24Z <<<
```

# EXHIBIT 7

# Raw Whois Record

```
Domain Name: BLACKROCKCAPITALGROUPLLC.NET
Registry Domain ID: 2721414564_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.squarespace.domains
Registrar URL: http://domains2.squarespace.com
Updated Date: 2023-08-28T23:56:18Z
Creation Date: 2022-08-28T15:34:09Z
Registry Expiry Date: 2024-08-28T15:34:09Z
Registrar: Squarespace Domains II LLC
Registrar IANA ID: 895
Registrar Abuse Contact Email: abuse-complaints@squarespace.com
Registrar Abuse Contact Phone: +1.6466935324
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Name Server: NS-CLOUD-E1.GOOGLEDOMAINS.COM
Name Server: NS-CLOUD-E2.GOOGLEDOMAINS.COM
Name Server: NS-CLOUD-E3.GOOGLEDOMAINS.COM
Name Server: NS-CLOUD-E4.GOOGLEDOMAINS.COM
DNSSEC: signedDelegation
DNSSEC DS Data: 30742 8 2 70AFEB93A46D43FA25BF69FD54A185CE1644064E4D3E74578077F0
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-10-05T15:13:11Z <<<


Domain Name: blackrockcapitalgroupllc.net
Registry Domain ID: 2721414564_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.squarespace.domains
Registrar URL: https://domains2.squarespace.com
Updated Date: 2023-08-28T23:56:18Z
Creation Date: 2022-08-28T15:34:09Z
Registrar Registration Expiration Date: 2024-08-28T15:34:09Z
Registrar: Squarespace Domains II LLC
Registrar IANA ID: 895
Registrar Abuse Contact Email: abuse-complaints@squarespace.com
Registrar Abuse Contact Phone: +1.646-693-5324
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransfer
Registry Registrant ID:
Registrant Name: Contact Privacy Inc. Customer 7151571251
Registrant Organization: Contact Privacy Inc. Customer 7151571251
Registrant Street: 96 Mowat Ave
Registrant City: Toronto
Registrant State/Province: ON
Registrant Postal Code: M4K 3K1
Registrant Country: CA
Registrant Phone: +1.4165385487
Registrant Phone Ext:
```

Basic Domain Report for blackrockcapitalgroupllc.net - domainIQ                                    October 5, 2023

```
Registrant Fax:
Registrant Fax Ext:
Registrant Email: https://domains.google.com/contactregistrant?domain=blackrockc
Registry Admin ID:
Admin Name: Contact Privacy Inc. Customer 7151571251
Admin Organization: Contact Privacy Inc. Customer 7151571251
Admin Street: 96 Mowat Ave
Admin City: Toronto
Admin State/Province: ON
Admin Postal Code: M4K 3K1
Admin Country: CA
Admin Phone: +1.4165385487
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: https://domains.google.com/contactregistrant?domain=blackrockcapita
Registry Tech ID:
Tech Name: Contact Privacy Inc. Customer 7151571251
Tech Organization: Contact Privacy Inc. Customer 7151571251
Tech Street: 96 Mowat Ave
Tech City: Toronto
Tech State/Province: ON
Tech Postal Code: M4K 3K1
Tech Country: CA
Tech Phone: +1.4165385487
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: https://domains.google.com/contactregistrant?domain=blackrockcapital
Name Server: NS-CLOUD-E1.GOOGLEDOMAINS.COM
Name Server: NS-CLOUD-E2.GOOGLEDOMAINS.COM
Name Server: NS-CLOUD-E3.GOOGLEDOMAINS.COM
Name Server: NS-CLOUD-E4.GOOGLEDOMAINS.COM
DNSSEC: signedDelegation
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-10-05T15:12:19.627528Z <<<
```

# EXHIBIT 8

# Raw Whois Record

```
Domain Name: BLACKROCKCAPITALINC.COM
Registry Domain ID: 2742114474_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2022-12-02T03:52:14Z
Creation Date: 2022-12-02T03:52:13Z
Registry Expiry Date: 2024-12-02T03:52:13Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: 480-624-2505
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibit
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibit
Name Server: NS25.DOMAINCONTROL.COM
Name Server: NS26.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-10-05T15:15:10Z <<<


Domain Name: blackrockcapitalinc.com
Registry Domain ID: 2742114474_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
Updated Date: 2022-12-01T22:52:14Z
Creation Date: 2022-12-01T22:52:13Z
Registrar Registration Expiration Date: 2024-12-01T22:52:13Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibit
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibit
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 2155 E Warner Rd
Registrant City: Tempe
Registrant State/Province: Arizona
```

Basic Domain Report for blackrockcapitalinc.com - domainIQ                                    October 5, 2023

Registrant Postal Code: 85284
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: Select Contact Domain Holder link at https://www.godaddy.com/w
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 2155 E Warner Rd
Admin City: Tempe
Admin State/Province: Arizona
Admin Postal Code: 85284
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 2155 E Warner Rd
Tech City: Tempe
Tech State/Province: Arizona
Tech Postal Code: 85284
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/r
Name Server: NS25.DOMAINCONTROL.COM
Name Server: NS26.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-10-05T15:15:18Z <<<

# EXHIBIT 9

# Raw Whois Record

```
Domain Name: BLACKROCKCAPITALINVESTMENTS.COM
Registry Domain ID: 2742114481_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2022-12-02T03:52:18Z
Creation Date: 2022-12-02T03:52:18Z
Registry Expiry Date: 2024-12-02T03:52:18Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: 480-624-2505
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibit
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibit
Name Server: NS25.DOMAINCONTROL.COM
Name Server: NS26.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-10-05T15:16:26Z <<<


Domain Name: blackrockcapitalinvestments.com
Registry Domain ID: 2742114481_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
Updated Date: 2022-12-01T22:52:18Z
Creation Date: 2022-12-01T22:52:18Z
Registrar Registration Expiration Date: 2024-12-01T22:52:18Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibit
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibit
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 2155 E Warner Rd
Registrant City: Tempe
Registrant State/Province: Arizona
```

```
Registrant Postal Code: 85284
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: Select Contact Domain Holder link at https://www.godaddy.com/w
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 2155 E Warner Rd
Admin City: Tempe
Admin State/Province: Arizona
Admin Postal Code: 85284
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 2155 E Warner Rd
Tech City: Tempe
Tech State/Province: Arizona
Tech Postal Code: 85284
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/r
Name Server: NS25.DOMAINCONTROL.COM
Name Server: NS26.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-10-05T15:16:41Z <<<
```

# EXHIBIT 10

# Raw Whois Record

```
Domain Name: BLACKROCKCAPITALMANAGEMENT.COM
Registry Domain ID: 2742114475_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2022-12-02T03:52:14Z
Creation Date: 2022-12-02T03:52:13Z
Registry Expiry Date: 2024-12-02T03:52:13Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: 480-624-2505
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibit
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibit
Name Server: NS17.DOMAINCONTROL.COM
Name Server: NS18.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-10-05T15:18:56Z <<<


Domain Name: blackrockcapitalmanagement.com
Registry Domain ID: 2742114475_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
Updated Date: 2022-12-01T22:52:14Z
Creation Date: 2022-12-01T22:52:13Z
Registrar Registration Expiration Date: 2024-12-01T22:52:13Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibit
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibit
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 2155 E Warner Rd
Registrant City: Tempe
Registrant State/Province: Arizona
```

```
Registrant Postal Code: 85284
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: Select Contact Domain Holder link at https://www.godaddy.com/w
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 2155 E Warner Rd
Admin City: Tempe
Admin State/Province: Arizona
Admin Postal Code: 85284
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 2155 E Warner Rd
Tech City: Tempe
Tech State/Province: Arizona
Tech Postal Code: 85284
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/r
Name Server: NS17.DOMAINCONTROL.COM
Name Server: NS18.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-10-05T15:19:15Z <<<
```

EXHIBIT 11

Basic Domain Report for blackrock-co.com - domainIQ                                    October 5, 2023

# Raw Whois Record

```
Domain Name: BLACKROCK-CO.COM
Registry Domain ID: 2729587184_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.registrar.eu
Registrar URL: http://www.openprovider.com
Updated Date: 2022-10-25T14:57:13Z
Creation Date: 2022-10-03T18:24:34Z
Registry Expiry Date: 2025-10-03T18:24:34Z
Registrar: Hosting Concepts B.V. d/b/a Registrar.eu
Registrar IANA ID: 1647
Registrar Abuse Contact Email: abuse@registrar.eu
Registrar Abuse Contact Phone: +31.104482297
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Name Server: INA1.REGISTRAR.EU
Name Server: INA2.REGISTRAR.EU
Name Server: INA3.REGISTRAR.EU
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-10-05T15:21:28Z <<<


Domain Name: blackrock-co.com
Registry Domain ID: 2729587184_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.registrar.eu
Registrar URL: http://www.registrar.eu
Updated Date: 2022-10-25T16:57:13Z
Creation Date: 2022-10-03T18:24:34Z
Registrar Registration Expiration Date: 2025-10-03T18:24:34Z
Registrar: Hosting Concepts B.V. d/b/a Registrar.eu
Registrar IANA ID: 1647
Registrar Abuse Contact Email: abuse@registrar.eu
Registrar Abuse Contact Phone: +31.104482297
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Whois Privacy Protection Foundation
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Zuid-Holland
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: NL
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
```

```
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: https://contact-form.registrar.eu/?domainName=blackrock-co.com
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: https://contact-form.registrar.eu/?domainName=blackrock-co.com&purp
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: https://contact-form.registrar.eu/?domainName=blackrock-co.com&purpo
Name Server: ns1.dns-parking.com
Name Server: ns2.dns-parking.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-10-05T15:21:36Z <<<
;
```

# EXHIBIT 12

# Raw Whois Record

```
Domain Name: BLACKROCK-CRYPTO.NET
Registry Domain ID: 2716519651_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.reg.com
Registrar URL: http://www.reg.ru
Updated Date: 2023-09-15T21:22:59Z
Creation Date: 2022-08-07T15:10:08Z
Registry Expiry Date: 2023-08-07T15:10:08Z
Registrar: REGISTRAR OF DOMAIN NAMES REG.RU LLC
Registrar IANA ID: 1606
Registrar Abuse Contact Email: abuse@reg.ru
Registrar Abuse Contact Phone: +74955801111
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Name Server: CONRAD.NS.CLOUDFLARE.COM
Name Server: SAMARA.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-10-05T15:22:28Z <<<


Domain name: BLACKROCK-CRYPTO.NET
Registry Domain ID: 2716519651_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.reg.com
Registrar URL: https://www.reg.com
Registrar URL: https://www.reg.ru
Updated Date: 2023-09-15T21:22:59Z
Creation Date: 2022-08-07T15:10:08Z
Registrar Registration Expiration Date: 2023-08-07T15:10:08Z
Registrar: Registrar of domain names REG.RU LLC
Registrar IANA ID: 1606
Registrar Abuse Contact Email: abuse@reg.ru
Registrar Abuse Contact Phone: +7.4955801111
Status: clientHold http://www.icann.org/epp#clientHold
Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibit
Status: redemptionPeriod http://www.icann.org/epp#redemptionPeriod
Registry Registrant ID:
Registrant Name: Sergei IUdakov
Registrant Organization: SergeiIUdakov
Registrant Street: Pos TSentralnoi Usadby skh Ozery, d. 46 kv. 15
Registrant City: Ozery
Registrant State/Province: Moskovskaia obl
Registrant Postal Code: 140560
Registrant Country: RU
```

Basic Domain Report for blackrock-crypto.net - domainIQ                                    October 5, 2023

```
Registrant Phone: +7.9919540197
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: dawd2cecawdc@mail.ru
Registry Admin ID:
Admin Name: Sergei IUdakov
Admin Organization: SergeiIUdakov
Admin Street: Pos TSentralnoi Usadby skh Ozery, d. 46 kv. 15
Admin City: Ozery
Admin State/Province: Moskovskaia obl
Admin Postal Code: 140560
Admin Country: RU
Admin Phone: +7.9919540197
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: dawd2cecawdc@mail.ru
Registry Tech ID:
Tech Name: Sergei IUdakov
Tech Organization: SergeiIUdakov
Tech Street: Pos TSentralnoi Usadby skh Ozery, d. 46 kv. 15
Tech City: Ozery
Tech State/Province: Moskovskaia obl
Tech Postal Code: 140560
Tech Country: RU
Tech Phone: +7.9919540197
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: dawd2cecawdc@mail.ru
Name Server: conrad.ns.cloudflare.com
Name Server: samara.ns.cloudflare.com
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023.10.05T18:22:39Z <<<
```

# EXHIBIT 13

# Raw Whois Record

```
Domain Name: BLACKROCKENVESTMENTVN.COM
Registry Domain ID: 2722668488_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2023-09-03T07:22:32Z
Creation Date: 2022-09-02T16:26:20Z
Registry Expiry Date: 2024-09-02T16:26:20Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: 480-624-2505
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibit
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibit
Name Server: NS13.DOMAINCONTROL.COM
Name Server: NS14.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-10-05T15:23:45Z <<<


Domain Name: blackrockenvestmentvn.com
Registry Domain ID: 2722668488_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
Updated Date: 2022-10-11T10:22:37Z
Creation Date: 2022-09-02T11:26:20Z
Registrar Registration Expiration Date: 2023-09-02T11:26:20Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibit
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibit
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 2155 E Warner Rd
Registrant City: Tempe
```

```
Registrant State/Province: Arizona
Registrant Postal Code: 85284
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: Select Contact Domain Holder link at https://www.godaddy.com/w
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 2155 E Warner Rd
Admin City: Tempe
Admin State/Province: Arizona
Admin Postal Code: 85284
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 2155 E Warner Rd
Tech City: Tempe
Tech State/Province: Arizona
Tech Postal Code: 85284
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/r
Name Server: NS13.DOMAINCONTROL.COM
Name Server: NS14.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-10-05T15:23:59Z <<<
```

# EXHIBIT 14

Basic Domain Report for blackrockfinances.com - domainIQ                                    October 5, 2023

# Raw Whois Record

```
Domain Name: BLACKROCKFINANCES.COM
Registry Domain ID: 2818223806_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.hostinger.com
Registrar URL: http://www.hostinger.com
Updated Date: 2023-09-30T17:51:49Z
Creation Date: 2023-09-30T17:51:47Z
Registry Expiry Date: 2024-09-30T17:51:47Z
Registrar: HOSTINGER operations, UAB
Registrar IANA ID: 1636
Registrar Abuse Contact Email: abuse-tracker@hostinger.com
Registrar Abuse Contact Phone: +37064503378
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Name Server: NS1.DNS-PARKING.COM
Name Server: NS2.DNS-PARKING.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-10-05T15:28:45Z <<<


Domain Name: BLACKROCKFINANCES.COM
Registry Domain ID: 2818223806_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.hostinger.com
Registrar URL: https://www.hostinger.com
Updated Date: 2023-09-30T17:51:50Z
Creation Date: 2023-09-30T17:51:47Z
Registrar Registration Expiration Date: 2024-09-30T17:51:47Z
Registrar: Hostinger, UAB
Registrar IANA ID: 1636
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Registry Registrant ID: Not Available From Registry
Registrant Name: Domain Admin
Registrant Organization: Privacy Protect, LLC (PrivacyProtect.org)
Registrant Street: 10 Corporate Drive
Registrant City: Burlington
Registrant State/Province: MA
Registrant Postal Code: 01803
Registrant Country: US
Registrant Phone: +1.8022274003
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: contact@privacyprotect.org
Registry Admin ID: Not Available From Registry
Admin Name: Domain Admin
```

```
Admin Organization: Privacy Protect, LLC (PrivacyProtect.org)
Admin Street: 10 Corporate Drive
Admin City: Burlington
Admin State/Province: MA
Admin Postal Code: 01803
Admin Country: US
Admin Phone: +1.8022274003
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: contact@privacyprotect.org
Registry Tech ID: Not Available From Registry
Tech Name: Domain Admin
Tech Organization: Privacy Protect, LLC (PrivacyProtect.org)
Tech Street: 10 Corporate Drive
Tech City: Burlington
Tech State/Province: MA
Tech Postal Code: 01803
Tech Country: US
Tech Phone: +1.8022274003
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: contact@privacyprotect.org
Name Server: ns1.dns-parking.com
Name Server: ns2.dns-parking.com
DNSSEC: Unsigned
Registrar Abuse Contact Email: abuse@hostinger.com
Registrar Abuse Contact Phone: +37064503378
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-10-05T15:29:06Z <<<
```

EXHIBIT 15

Basic Domain Report for blackrockfutures.com - domainIQ                                    October 5, 2023

# Raw Whois Record

```
Domain Name: BLACKROCKFUTURES.COM
Registry Domain ID: 2728841993_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namesilo.com
Registrar URL: http://www.namesilo.com
Updated Date: 2023-10-01T07:16:26Z
Creation Date: 2022-09-30T13:21:53Z
Registry Expiry Date: 2024-09-30T13:21:53Z
Registrar: NameSilo, LLC
Registrar IANA ID: 1479
Registrar Abuse Contact Email: abuse@namesilo.com
Registrar Abuse Contact Phone: +1.4805240066
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Name Server: ERIC.NS.CLOUDFLARE.COM
Name Server: MICHELLE.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-10-05T15:30:17Z <<<


Unknown domain name blackrockfutures.com
```

# EXHIBIT 16

Basic Domain Report for blackrockinvestmentgroup.org - domainIQ                                October 5, 2023

# Raw Whois Record

```
Domain Name: blackrockinvestmentgroup.org
Registry Domain ID: 54f6867d58264c7fb9bb27e96ff0bdf5-LROR
Registrar WHOIS Server: http://whois.squarespace.domains
Registrar URL: https://domains.squarespace.com
Updated Date: 2023-09-28T01:34:53Z
Creation Date: 2022-09-28T01:34:09Z
Registry Expiry Date: 2024-09-28T01:34:09Z
Registrar: Squarespace Domains II LLC
Registrar IANA ID: 895
Registrar Abuse Contact Email: abuse-complaints@squarespace.com
Registrar Abuse Contact Phone: +1.6466935324
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Contact Privacy Inc. Customer 7151571251
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: ON
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record ident
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
```

```
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified
Name Server: ns-cloud-a4.googledomains.com
Name Server: ns-cloud-a1.googledomains.com
Name Server: ns-cloud-a3.googledomains.com
Name Server: ns-cloud-a2.googledomains.com
DNSSEC: signedDelegation
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of WHOIS database: 2023-10-05T15:32:01Z <<<
```

# EXHIBIT 17

# Raw Whois Record

```
Domain Name: BLACKROCKINVESTMENTINSIGHT.COM
Registry Domain ID: 1577173126_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.tucows.com
Registrar URL: http://www.tucows.com
Updated Date: 2023-01-07T06:49:54Z
Creation Date: 2009-11-27T16:47:00Z
Registry Expiry Date: 2023-11-27T16:47:00Z
Registrar: Tucows Domains Inc.
Registrar IANA ID: 69
Registrar Abuse Contact Email: domainabuse@tucows.com
Registrar Abuse Contact Phone: +1.4165350123
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibit
Name Server: PARKING1.MDNSSERVICE.COM
Name Server: PARKING2.MDNSSERVICE.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-10-05T15:33:17Z <<<


Domain Name: BLACKROCKINVESTMENTINSIGHT.COM
Registry Domain ID: 1577173126_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.tucows.com
Registrar URL: http://tucowsdomains.com
Updated Date: 2023-01-07T06:49:53
Creation Date: 2009-11-27T16:47:00
Registrar Registration Expiration Date: 2023-11-27T16:47:00
Registrar: TUCOWS, INC.
Registrar IANA ID: 69
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibit
Registry Registrant ID:
Registrant Name: Contact Privacy Inc. Customer 0166142781
Registrant Organization: Contact Privacy Inc. Customer 0166142781
Registrant Street: 96 Mowat Ave
Registrant City: Toronto
Registrant State/Province: ON
Registrant Postal Code: M6K 3M1
Registrant Country: CA
Registrant Phone: +1.4165385457
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: blackrockinvestmentinsight.com@contactprivacy.com
```

Basic Domain Report for blackrockinvestmentinsight.com - domainIQ                    October 5, 2023

```
Registry Admin ID:
Admin Name: Contact Privacy Inc. Customer 0166142781
Admin Organization: Contact Privacy Inc. Customer 0166142781
Admin Street: 96 Mowat Ave
Admin City: Toronto
Admin State/Province: ON
Admin Postal Code: M6K 3M1
Admin Country: CA
Admin Phone: +1.4165385457
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: blackrockinvestmentinsight.com@contactprivacy.com
Registry Tech ID:
Tech Name: Contact Privacy Inc. Customer 0166142781
Tech Organization: Contact Privacy Inc. Customer 0166142781
Tech Street: 96 Mowat Ave
Tech City: Toronto
Tech State/Province: ON
Tech Postal Code: M6K 3M1
Tech Country: CA
Tech Phone: +1.4165385457
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: blackrockinvestmentinsight.com@contactprivacy.com
Name Server: parking1.mdnsservice.com
Name Server: parking2.mdnsservice.com
DNSSEC: unsigned
Registrar Abuse Contact Email: domainabuse@tucows.com
Registrar Abuse Contact Phone: +1.4165350123
URL of the ICANN WHOIS Data Problem Reporting System: https://icann.org/wicf
>>> Last update of WHOIS database: 2023-10-05T15:33:35Z <<<
"
```

# EXHIBIT 18

# Raw Whois Record

```
Domain Name: BLACKROCK-INVESTMENTS.COM
Registry Domain ID: 2725888095_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.regtons.com
Registrar URL: http://regtons.com
Updated Date: 2023-09-02T23:48:47Z
Creation Date: 2022-09-17T02:00:08Z
Registry Expiry Date: 2024-09-17T02:00:08Z
Registrar: Gransy, s.r.o.
Registrar IANA ID: 1505
Registrar Abuse Contact Email: abuse@regtons.com
Registrar Abuse Contact Phone: +420.734 463 373
Domain Status: ok https://icann.org/epp#ok
Name Server: NS1.WEBSUPPORT.SK
Name Server: NS2.WEBSUPPORT.SK
Name Server: NS3.WEBSUPPORT.SK
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-10-05T15:35:45Z <<<


Domain Name: blackrock-investments.com
Registry Domain ID: 2725888095_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.regtons.com
Registrar URL: http://regtons.com
Updated Date: 2023-09-02T00:00:00Z
Creation Date: 2022-09-17T00:00:00Z
Registrar Registration Expiration Date: 2024-09-17T00:00:00Z
Registrar: GRANSY S.R.O D/B/A SUBREG.CZ
Registrar IANA ID: 1505
Registrar Abuse Contact Email: abuse@regtons.com
Registrar Abuse Contact Phone: +420.734463373
Reseller: WebSupport s.r.o.
Domain Status: ok https://www.icann.org/epp#ok
Registry Registrant ID: Not Disclosed
Registrant Name: Not Disclosed Not Disclosed
Registrant Organization: VisualFresh s.r.o.
Registrant Street: Not Disclosed
Registrant City: Not Disclosed
Registrant State/Province:
Registrant Postal Code: Not Disclosed
Registrant Country: SK
Registrant Phone: Not Disclosed
Registrant Phone Ext: Not Disclosed
Registrant Fax: Not Disclosed
```

Basic Domain Report for blackrock-investments.com - domainIQ                    October 5, 2023

```
Registrant Fax Ext: Not Disclosed
Registrant Email: webproxy@whoisprotection.domains
Registry Admin ID: Not Disclosed
Admin Name: Not Disclosed Not Disclosed
Admin Organization:
Admin Street: Not Disclosed
Admin City: Not Disclosed
Admin State/Province: Not Disclosed
Admin Postal Code: Not Disclosed
Admin Country: Not Disclosed
Admin Phone: Not Disclosed
Admin Phone Ext: Not Disclosed
Admin Fax: Not Disclosed
Admin Fax Ext: Not Disclosed
Admin Email: webproxy@whoisprotection.domains
Registry Tech ID: Not Disclosed
Tech Name: Not Disclosed Not Disclosed
Tech Organization:
Tech Street: Not Disclosed
Tech City: Not Disclosed
Tech State/Province: Not Disclosed
Tech Postal Code: Not Disclosed
Tech Country: Not Disclosed
Tech Phone: Not Disclosed
Tech Phone Ext: Not Disclosed
Tech Fax: Not Disclosed
Tech Fax Ext: Not Disclosed
Tech Email: webproxy@whoisprotection.domains
Name Server: ns1.websupport.sk
Name Server: ns2.websupport.sk
Name Server: ns3.websupport.sk
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-10-05T00:00:00Z <<<
```

# EXHIBIT 19

# Raw Whois Record

```
Domain Name: blackrock-investments.org
Registry Domain ID: c707b3f6199c4998b3ccd1f7fcb4cda6-LROR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2023-01-23T12:58:40Z
Creation Date: 2022-12-08T13:03:58Z
Registry Expiry Date: 2023-12-08T13:03:58Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Privacy service provided by Withheld for Privacy ehf
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Capital Region
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: IS
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record ident
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
```

```
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of WHOIS database: 2023-10-05T15:38:06Z <<<
```

# EXHIBIT 20

Basic Domain Report for blackrockllp.com - domainIQ                                    October 5, 2023

# Raw Whois Record

```
Domain Name: BLACKROCKLLP.COM
 Registry Domain ID: 2717657536_DOMAIN_COM-VRSN
 Registrar WHOIS Server: whois.namecheap.com
 Registrar URL: http://www.namecheap.com
 Updated Date: 2022-08-24T03:12:24Z
 Creation Date: 2022-08-12T14:15:17Z
 Registry Expiry Date: 2023-08-12T14:15:17Z
 Registrar: NameCheap, Inc.
 Registrar IANA ID: 1068
 Registrar Abuse Contact Email: abuse@namecheap.com
 Registrar Abuse Contact Phone: +1.6613102107
 Domain Status: clientHold
 Domain Status: clientTransferProhibited
 Name Server: DNS1.REGISTRAR-SERVERS.COM
 Name Server: DNS2.REGISTRAR-SERVERS.COM
 DNSSEC: unsigned
 URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2022-08-25T15:17:46Z <<<
```

# EXHIBIT 21

# Raw Whois Record

```
Domain Name: BLACKROCKREI.COM
Registry Domain ID: 2721925728_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2022-08-30T16:03:43Z
Creation Date: 2022-08-30T16:03:42Z
Registry Expiry Date: 2024-08-30T16:03:42Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: 480-624-2505
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibit
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibit
Name Server: NS55.DOMAINCONTROL.COM
Name Server: NS56.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-10-05T15:43:34Z <<<


Domain Name: blackrockrei.com
Registry Domain ID: 2721925728_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
Updated Date: 2022-08-30T11:03:43Z
Creation Date: 2022-08-30T11:03:42Z
Registrar Registration Expiration Date: 2024-08-30T11:03:42Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibit
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibit
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 2155 E Warner Rd
Registrant City: Tempe
Registrant State/Province: Arizona
```

Basic Domain Report for blackrockrei.com - domainIQ                                    October 5, 2023

Registrant Postal Code: 85284
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: Select Contact Domain Holder link at https://www.godaddy.com/w
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 2155 E Warner Rd
Admin City: Tempe
Admin State/Province: Arizona
Admin Postal Code: 85284
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 2155 E Warner Rd
Tech City: Tempe
Tech State/Province: Arizona
Tech Postal Code: 85284
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/r
Name Server: NS55.DOMAINCONTROL.COM
Name Server: NS56.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-10-05T15:43:52Z <<<

# EXHIBIT 22

# Raw Whois Record

```
Domain Name: BLACKROCK-VPC.COM
Registry Domain ID: 2762800094_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2023-03-05T06:27:40Z
Creation Date: 2023-03-05T06:27:37Z
Registry Expiry Date: 2024-03-05T06:27:37Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Name Server: PDNS1.REGISTRAR-SERVERS.COM
Name Server: PDNS2.REGISTRAR-SERVERS.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-10-05T16:29:50Z <<<


Domain name: blackrock-vpc.com
Registry Domain ID: 2762800094_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2023-03-05T06:27:37.00Z
Registrar Registration Expiration Date: 2024-03-05T06:27:37.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.9854014545
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: Redacted for Privacy
Registrant Organization: Privacy service provided by Withheld for Privacy ehf
Registrant Street: Kalkofnsvegur 2
Registrant City: Reykjavik
Registrant State/Province: Capital Region
Registrant Postal Code: 101
Registrant Country: IS
Registrant Phone: +354.4212434
Registrant Phone Ext:
Registrant Fax:
```

```
Registrant Fax Ext:
Registrant Email: 75509eec45b844899b366514753a2ca8.protect@withheldforprivacy.co
Registry Admin ID:
Admin Name: Redacted for Privacy
Admin Organization: Privacy service provided by Withheld for Privacy ehf
Admin Street: Kalkofnsvegur 2
Admin City: Reykjavik
Admin State/Province: Capital Region
Admin Postal Code: 101
Admin Country: IS
Admin Phone: +354.4212434
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: 75509eec45b844899b366514753a2ca8.protect@withheldforprivacy.com
Registry Tech ID:
Tech Name: Redacted for Privacy
Tech Organization: Privacy service provided by Withheld for Privacy ehf
Tech Street: Kalkofnsvegur 2
Tech City: Reykjavik
Tech State/Province: Capital Region
Tech Postal Code: 101
Tech Country: IS
Tech Phone: +354.4212434
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: 75509eec45b844899b366514753a2ca8.protect@withheldforprivacy.com
Name Server: pdns1.registrar-servers.com
Name Server: pdns2.registrar-servers.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-10-05T03:29:56.08Z <<<
```

# EXHIBIT 23

# Raw Whois Record

```
Domain Name: BLACKROCKEXCHANGE.COM
Registry Domain ID: 2768798713_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2023-07-23T21:44:20Z
Creation Date: 2023-03-29T02:40:55Z
Registry Expiry Date: 2025-03-29T02:40:55Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: 480-624-2505
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibit
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibit
Name Server: NS41.DOMAINCONTROL.COM
Name Server: NS42.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-10-05T15:50:52Z <<<


Domain Name: blackrockexchange.com
Registry Domain ID: 2768798713_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
Updated Date: 2023-07-23T16:44:20Z
Creation Date: 2023-03-28T21:40:55Z
Registrar Registration Expiration Date: 2025-03-28T21:40:55Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibit
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibit
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 2155 E Warner Rd
Registrant City: Tempe
Registrant State/Province: Arizona
```

```
Registrant Postal Code: 85284
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: Select Contact Domain Holder link at https://www.godaddy.com/w
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 2155 E Warner Rd
Admin City: Tempe
Admin State/Province: Arizona
Admin Postal Code: 85284
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 2155 E Warner Rd
Tech City: Tempe
Tech State/Province: Arizona
Tech Postal Code: 85284
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/r
Name Server: NS41.DOMAINCONTROL.COM
Name Server: NS42.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-10-05T15:51:12Z <<<
```

# EXHIBIT 24

# Raw Whois Record

```
Domain Name: BLACKROCKTCPCAPITAL.COM
Registry Domain ID: 2719468295_DOMAIN_COM-VRSN
Registrar WHOIS Server: grs-whois.hichina.com
Registrar URL: http://wanwang.aliyun.com
Updated Date: 2023-09-27T08:30:02Z
Creation Date: 2022-08-20T07:31:45Z
Registry Expiry Date: 2023-08-20T07:31:45Z
Registrar: Alibaba Cloud Computing Ltd. d/b/a HiChina (www.net.cn)
Registrar IANA ID: 1599
Registrar Abuse Contact Email: DomainAbuse@service.aliyun.com
Registrar Abuse Contact Phone: +86.95187
Domain Status: redemptionPeriod https://icann.org/epp#redemptionPeriod
Name Server: EXPIRENS3.HICHINA.COM
Name Server: EXPIRENS4.HICHINA.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-10-05T15:53:08Z <<<


Domain Name: blackrocktcpcapital.com
Registry Domain ID: 2719468295_DOMAIN_COM-VRSN
Registrar WHOIS Server: grs-whois.hichina.com
Registrar URL: http://wanwang.aliyun.com
Updated Date: 2023-08-21T08:00:08Z
Creation Date: 2022-08-20T07:31:45Z
Registrar Registration Expiration Date: 2023-08-20T07:31:45Z
Registrar: Alibaba Cloud Computing Ltd. d/b/a HiChina (www.net.cn)
Registrar IANA ID: 1599
Reseller:
Domain Status: ok https://icann.org/epp#ok
Registrant City:
Registrant State/Province: zhe jiang
Registrant Country: CN
Registrant Email:https://whois.aliyun.com/whois/whoisForm
Registry Registrant ID: Not Available From Registry
Name Server: EXPIRENS3.HICHINA.COM
Name Server: EXPIRENS4.HICHINA.COM
DNSSEC: unsigned
Registrar Abuse Contact Email: DomainAbuse@service.aliyun.com
Registrar Abuse Contact Phone: +86.95187
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>>Last update of WHOIS database: 2023-10-05T15:53:27Z <<<
```

# EXHIBIT 25

Basic Domain Report for blackrockusd.com - domainIQ                                    October 5, 2023

# Raw Whois Record

```
Domain Name: BLACKROCKUSD.COM
Registry Domain ID: 2733035712_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.registrar.eu
Registrar URL: http://www.openprovider.com
Updated Date: 2022-10-19T12:14:06Z
Creation Date: 2022-10-19T12:13:57Z
Registry Expiry Date: 2023-10-19T12:13:57Z
Registrar: Hosting Concepts B.V. d/b/a Registrar.eu
Registrar IANA ID: 1647
Registrar Abuse Contact Email: abuse@registrar.eu
Registrar Abuse Contact Phone: +31.104482297
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Name Server: NS1.OPENPROVIDER.NL
Name Server: NS2.OPENPROVIDER.BE
Name Server: NS3.OPENPROVIDER.EU
DNSSEC: signedDelegation
DNSSEC DS Data: 25924 8 2 0FC77901CC608A8ACC8458F68B9555D47546363BC5284A3CB3C4E0
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-10-05T15:54:24Z <<<


Domain Name: blackrockusd.com
Registry Domain ID: 2733035712_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.registrar.eu
Registrar URL: http://www.registrar.eu
Updated Date: 2023-09-22T10:20:58Z
Creation Date: 2022-10-19T12:13:57Z
Registrar Registration Expiration Date: 2023-10-19T12:13:57Z
Registrar: Hosting Concepts B.V. d/b/a Registrar.eu
Registrar IANA ID: 1647
Registrar Abuse Contact Email: abuse@registrar.eu
Registrar Abuse Contact Phone: +31.104482297
Reseller: JouwWeb
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Whois Privacy Protection Foundation
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Zuid-Holland
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: NL
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
```

```
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: https://contact-form.registrar.eu/?domainName=blackrockusd.com
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: https://contact-form.registrar.eu/?domainName=blackrockusd.com&purp
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: https://contact-form.registrar.eu/?domainName=blackrockusd.com&purpo
Name Server: ns3.openprovider.eu
Name Server: ns1.openprovider.nl
Name Server: ns2.openprovider.be
DNSSEC: signedDelegation
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-10-05T15:54:35Z <<<
;
```

EXHIBIT 26

# Raw Whois Record

```
Domain Name: BLACKROKLOANS.COM
Registry Domain ID: 2722376446_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois-service.virtualcloud.co
Registrar URL: http://sav.com
Updated Date: 2023-10-01T17:52:01Z
Creation Date: 2022-09-01T06:59:02Z
Registry Expiry Date: 2024-09-01T06:59:02Z
Registrar: Sav.com, LLC
Registrar IANA ID: 609
Registrar Abuse Contact Email: abuse-contact@sav.com
Registrar Abuse Contact Phone: +1.8885808790
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Name Server: NS1-EXPIRED.SAV.COM
Name Server: NS2-EXPIRED.SAV.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-10-05T15:56:23Z <<<


Domain Name: BLACKROKLOANS.COM
Registry Domain ID: 2722376446_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois-service.virtualcloud.co
Registrar URL: https://www.sav.com/
Updated Date: 2023-10-01T17:53:13Z
Creation Date: 2022-09-01T06:59:02Z
Registrar Registration Expiration Date: 2023-09-01T06:59:02Z
Registrar: SAV.COM, LLC
Registrar IANA ID: 609
Registrar Abuse Contact Email: SUPPORT@SAV.COM
Registrar Abuse Contact Phone: +1.8885808790
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Registry Registrant ID: Not Available From Registry
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: REDACTED FOR PRIVACY
Registrant Street: 2229 S MICHIGAN AVE SUITE 303
Registrant City: CHICAGO
Registrant State/Province: ILLINOIS
Registrant Postal Code: 60616
Registrant Country: US
Registrant Phone: +1.2563740797
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: Select Contact Domain Holder Link https://privacy.sav.com/?dom
```

Basic Domain Report for blackrokloans.com - domainIQ                                    October 5, 2023

```
Registry Admin ID: Not Available From Registry
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: 2229 S MICHIGAN AVE SUITE 303
Admin City: CHICAGO
Admin State/Province: ILLINOIS
Admin Postal Code: 60616
Admin Country: US
Admin Phone: +1.2563740797
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: Select Contact Domain Holder Link https://privacy.sav.com/?domain=b
Registry Tech ID: Not Available From Registry
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: 2229 S MICHIGAN AVE SUITE 303
Tech City: CHICAGO
Tech State/Province: ILLINOIS
Tech Postal Code: 60616
Tech Country: US
Tech Phone: +1.2563740797
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: Select Contact Domain Holder Link https://privacy.sav.com/?domain=bl
Name Server: NS1-EXPIRED.SAV.COM
Name Server: NS2-EXPIRED.SAV.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-10-01T17:53:13Z <<<
```

# EXHIBIT 27

Basic Domain Report for blacrockloans.com - domainIQ                                    October 6, 2023

# Raw Whois Record

```
Domain Name: BLACROCKLOANS.COM
Registry Domain ID: 2722376451_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois-service.virtualcloud.co
Registrar URL: http://sav.com
Updated Date: 2023-10-01T17:52:11Z
Creation Date: 2022-09-01T06:59:04Z
Registry Expiry Date: 2024-09-01T06:59:04Z
Registrar: Sav.com, LLC
Registrar IANA ID: 609
Registrar Abuse Contact Email: abuse-contact@sav.com
Registrar Abuse Contact Phone: +1.8885808790
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Name Server: NS1-EXPIRED.SAV.COM
Name Server: NS2-EXPIRED.SAV.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-10-06T17:46:09Z <<<


Domain Name: BLACROCKLOANS.COM
Registry Domain ID: 2722376451_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois-service.virtualcloud.co
Registrar URL: https://www.sav.com/
Updated Date: 2023-10-01T17:53:13Z
Creation Date: 2022-09-01T06:59:04Z
Registrar Registration Expiration Date: 2023-09-01T06:59:04Z
Registrar: SAV.COM, LLC
Registrar IANA ID: 609
Registrar Abuse Contact Email: SUPPORT@SAV.COM
Registrar Abuse Contact Phone: +1.8885808790
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Registry Registrant ID: Not Available From Registry
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: REDACTED FOR PRIVACY
Registrant Street: 2229 S MICHIGAN AVE SUITE 303
Registrant City: CHICAGO
Registrant State/Province: ILLINOIS
Registrant Postal Code: 60616
Registrant Country: US
Registrant Phone: +1.2563740797
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: Select Contact Domain Holder Link https://privacy.sav.com/?dom
```

Basic Domain Report for blacrockloans.com - domainIQ                              October 6, 2023

```
Registry Admin ID: Not Available From Registry
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: 2229 S MICHIGAN AVE SUITE 303
Admin City: CHICAGO
Admin State/Province: ILLINOIS
Admin Postal Code: 60616
Admin Country: US
Admin Phone: +1.2563740797
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: Select Contact Domain Holder Link https://privacy.sav.com/?domain=b
Registry Tech ID: Not Available From Registry
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: 2229 S MICHIGAN AVE SUITE 303
Tech City: CHICAGO
Tech State/Province: ILLINOIS
Tech Postal Code: 60616
Tech Country: US
Tech Phone: +1.2563740797
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: Select Contact Domain Holder Link https://privacy.sav.com/?domain=bl
Name Server: NS1-EXPIRED.SAV.COM
Name Server: NS2-EXPIRED.SAV.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-10-01T17:53:13Z <<<
```

# EXHIBIT 28

# Raw Whois Record

```
Domain Name: BLAKROCKLOANS.COM
Registry Domain ID: 2722376444_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois-service.virtualcloud.co
Registrar URL: http://sav.com
Updated Date: 2023-10-01T17:51:58Z
Creation Date: 2022-09-01T06:59:01Z
Registry Expiry Date: 2024-09-01T06:59:01Z
Registrar: Sav.com, LLC
Registrar IANA ID: 609
Registrar Abuse Contact Email: abuse-contact@sav.com
Registrar Abuse Contact Phone: +1.8885808790
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Name Server: NS1-EXPIRED.SAV.COM
Name Server: NS2-EXPIRED.SAV.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-10-05T16:03:26Z <<<


Domain Name: BLAKROCKLOANS.COM
Registry Domain ID: 2722376444_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois-service.virtualcloud.co
Registrar URL: https://www.sav.com/
Updated Date: 2023-10-01T17:53:13Z
Creation Date: 2022-09-01T06:59:01Z
Registrar Registration Expiration Date: 2023-09-01T06:59:01Z
Registrar: SAV.COM, LLC
Registrar IANA ID: 609
Registrar Abuse Contact Email: SUPPORT@SAV.COM
Registrar Abuse Contact Phone: +1.8885808790
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Registry Registrant ID: Not Available From Registry
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: REDACTED FOR PRIVACY
Registrant Street: 2229 S MICHIGAN AVE SUITE 303
Registrant City: CHICAGO
Registrant State/Province: ILLINOIS
Registrant Postal Code: 60616
Registrant Country: US
Registrant Phone: +1.2563740797
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: Select Contact Domain Holder Link https://privacy.sav.com/?dom
```

Basic Domain Report for blakrockloans.com - domainIQ                          October 5, 2023

```
Registry Admin ID: Not Available From Registry
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: 2229 S MICHIGAN AVE SUITE 303
Admin City: CHICAGO
Admin State/Province: ILLINOIS
Admin Postal Code: 60616
Admin Country: US
Admin Phone: +1.2563740797
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: Select Contact Domain Holder Link https://privacy.sav.com/?domain=b
Registry Tech ID: Not Available From Registry
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: 2229 S MICHIGAN AVE SUITE 303
Tech City: CHICAGO
Tech State/Province: ILLINOIS
Tech Postal Code: 60616
Tech Country: US
Tech Phone: +1.2563740797
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: Select Contact Domain Holder Link https://privacy.sav.com/?domain=bl
Name Server: NS1-EXPIRED.SAV.COM
Name Server: NS2-EXPIRED.SAV.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-10-01T17:53:13Z <<<
```

# EXHIBIT 29

Basic Domain Report for blaxkrock.com - domainIQ                                    October 5, 2023

# Raw Whois Record

```
Domain Name: BLAXKROCK.COM
Registry Domain ID: 2743729709_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.diymysite.com
Registrar URL: http://www.diymysite.com
Updated Date: 2022-12-10T05:32:01Z
Creation Date: 2022-12-10T05:27:11Z
Registry Expiry Date: 2023-12-10T05:27:11Z
Registrar: Cloud Yuqu LLC
Registrar IANA ID: 3824
Registrar Abuse Contact Email: abuse@diymysite.com
Registrar Abuse Contact Phone: +86.17723349228
Domain Status: ok https://icann.org/epp#ok
Name Server: NS1.BODIS.COM
Name Server: NS2.BODIS.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-10-05T16:05:40Z <<<


Domain Name: blaxkrock.com
Registry Domain ID: 5212736834_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.diymysite.com
Registrar URL: www.diymysite.com
Updated Date: 2022-12-10T05:27:11.0Z
Creation Date: 2022-12-10T05:27:11.0Z
Registrar Registration Expiration Date: 2023-12-10T05:27:11.0Z
Registrar: Cloud Yuqu LLC
Registrar IANA ID: 3824
Reseller:
Domain Status: ok http://www.icann.org/epp#ok
Registry Registrant ID: Not Available From Registry
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: An Hui
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext:
Registrant Email: link at http://whoisquery.diymysite.com/web/whoisform?domain=b
Registry Admin ID: Not Available From Registry
```

```
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext:
Admin Email: link at http://whoisquery.diymysite.com/web/whoisform?domain=blaxkr
Registry Tech ID: Not Available From Registry
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext:
Tech Email: link at http://whoisquery.diymysite.com/web/whoisform?domain=blaxkro
Name Server: NS1.BODIS.COM
Name Server: NS2.BODIS.COM
DNSSEC: signedDelegation
Registrar Abuse Contact Email: demi@diymysite.com
Registrar Abuse Contact Phone: +86.19981778832
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-10-05T16:05:52.0Z <<<
```

# EXHIBIT 30

Basic Domain Report for crypto-blackrock.com - domainIQ                                      October 5, 2023

# Raw Whois Record

```
Domain Name: CRYPTO-BLACKROCK.COM
Registry Domain ID: 2676207022_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namesrs.com
Registrar URL: http://www.namesrs.com
Updated Date: 2023-02-01T05:18:32Z
Creation Date: 2022-02-19T04:51:23Z
Registry Expiry Date: 2024-02-19T04:51:23Z
Registrar: Name SRS AB
Registrar IANA ID: 638
Registrar Abuse Contact Email: abuse@namesrs.com
Registrar Abuse Contact Phone: +46.313011220
Domain Status: ok https://icann.org/epp#ok
Name Server: NS1.NAMESERVER.CENTER
Name Server: NS2.NAMESERVER.CENTER
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-10-05T16:12:57Z <<<


Domain Name: crypto-blackrock.com
Registry Domain ID: 2676207022_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namesrs.com
Registrar URL: https://www.namesrs.com
Creation Date: 2022-02-19T04:51:23.00Z
Registrar Registration Expiration Date: 2024-02-19T04:51:23.00Z
Registrar: Name SRS AB
Registrar IANA ID: 638
Registrar Abuse Contact Email: abuse@namesrs.com
Registrar Abuse Contact Phone: +46.313011220
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: Protected
Registrant Name: Protected Protected
Registrant Organization: Shield Whois
Registrant Street: Radiovägen 2
Registrant City: Västra Frölunda
Registrant State:
Registrant Postal Code: 42147
Registrant Country: SE
Registrant Phone: +46.104500390
Registrant Fax:
Registrant Email: crypto-blackrock.com@shieldwhois.com
Registry Admin ID: Protected
Admin Name: Protected Protected
Admin Organization: Shield Whois
```

Basic Domain Report for crypto-blackrock.com - domainIQ                                October 5, 2023

```
Admin Street: Radiovägen 2
Admin City: Västra Frölunda
Admin Postal Code: 42147
Admin Country: SE
Admin Phone: +46.104500390
Admin Fax:
Admin Email: crypto-blackrock.com@shieldwhois.com
Registry Tech ID: Protected
Tech Name: Protected Protected
Tech Organization: Shield Whois
Tech Street: Radiovägen 2
Tech City: Västra Frölunda
Tech Postal Code: 42147
Tech Country: SE
Tech Phone: +46.104500390
Tech Fax:
Tech Email: crypto-blackrock.com@shieldwhois.com
Name Server: NS1.NAMESERVER.CENTER
Name Server: NS2.NAMESERVER.CENTER
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
Last update of WHOIS database: 2023-10-05T16:13:17.00Z
Whois information protected.
Contact the registrant via http://www.shieldwhois.com
Whois server 3.0
The data in the www.namesrs.com whois database is provided to you for
information purposes only, that is, to assist you in obtaining information
about or related to a domain name registration record. We make this
information available "as is," and do not guarantee its accuracy.
By submitting a whois query, you agree that you will use this data only for
lawful purposes and that, under no circumstances will you use this data to:
(1) enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or
(2) allow, enable, or otherwise support the transmission of mass
unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.
NOTE! ALL WHOIS QUERIES AND IP ADDRESSES ARE LOGGED!
```

EXHIBIT 31

# Raw Whois Record

```
Domain Name: TOBLACKROCK.COM
Registry Domain ID: 2681924304_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2023-03-16T11:47:20Z
Creation Date: 2022-03-16T00:40:57Z
Registry Expiry Date: 2024-03-16T00:40:57Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: 480-624-2505
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibit
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibit
Name Server: NS41.DOMAINCONTROL.COM
Name Server: NS42.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-10-05T16:14:57Z <<<


Domain Name: toblackrock.com
Registry Domain ID: 2681924304_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
Updated Date: 2023-03-16T06:47:19Z
Creation Date: 2022-03-15T19:40:57Z
Registrar Registration Expiration Date: 2024-03-15T19:40:57Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibit
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibit
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 2155 E Warner Rd
Registrant City: Tempe
Registrant State/Province: Arizona
```

```
Registrant Postal Code: 85284
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: Select Contact Domain Holder link at https://www.godaddy.com/w
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 2155 E Warner Rd
Admin City: Tempe
Admin State/Province: Arizona
Admin Postal Code: 85284
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 2155 E Warner Rd
Tech City: Tempe
Tech State/Province: Arizona
Tech Postal Code: 85284
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/r
Name Server: NS41.DOMAINCONTROL.COM
Name Server: NS42.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-10-05T16:15:12Z <<<
```

EXHIBIT 32

# Raw Whois Record

```
Domain Name: TRADEBLACKROCK-CO.COM
Registry Domain ID: 2729605083_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.registrar.eu
Registrar URL: http://www.openprovider.com
Updated Date: 2022-10-17T03:37:50Z
Creation Date: 2022-10-03T18:31:07Z
Registry Expiry Date: 2025-10-03T18:31:07Z
Registrar: Hosting Concepts B.V. d/b/a Registrar.eu
Registrar IANA ID: 1647
Registrar Abuse Contact Email: abuse@registrar.eu
Registrar Abuse Contact Phone: +31.104482297
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Name Server: INA1.REGISTRAR.EU
Name Server: INA2.REGISTRAR.EU
Name Server: INA3.REGISTRAR.EU
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-10-05T16:17:31Z <<<


Domain Name: tradeblackrock-co.com
Registry Domain ID: 2729605083_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.registrar.eu
Registrar URL: http://www.registrar.eu
Updated Date: 2022-10-19T12:58:36Z
Creation Date: 2022-10-03T18:31:07Z
Registrar Registration Expiration Date: 2025-10-03T18:31:07Z
Registrar: Hosting Concepts B.V. d/b/a Registrar.eu
Registrar IANA ID: 1647
Registrar Abuse Contact Email: abuse@registrar.eu
Registrar Abuse Contact Phone: +31.104482297
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Whois Privacy Protection Foundation
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Zuid-Holland
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: NL
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
```

```
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: https://contact-form.registrar.eu/?domainName=tradeblackrock-c
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: https://contact-form.registrar.eu/?domainName=tradeblackrock-co.com
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: https://contact-form.registrar.eu/?domainName=tradeblackrock-co.com&
Name Server: ns1.dns-parking.com
Name Server: ns2.dns-parking.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-10-05T16:17:39Z <<<
;
```

# EXHIBIT 33

# Raw Whois Record

```
Domain Name: WWWBLACKROCKLOANS.COM
Registry Domain ID: 2722376449_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois-service.virtualcloud.co
Registrar URL: http://sav.com
Updated Date: 2023-10-01T17:52:07Z
Creation Date: 2022-09-01T06:59:03Z
Registry Expiry Date: 2024-09-01T06:59:03Z
Registrar: Sav.com, LLC
Registrar IANA ID: 609
Registrar Abuse Contact Email: abuse-contact@sav.com
Registrar Abuse Contact Phone: +1.8885808790
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Name Server: NS1-EXPIRED.SAV.COM
Name Server: NS2-EXPIRED.SAV.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-10-05T16:19:05Z <<<


Domain Name: WWWBLACKROCKLOANS.COM
Registry Domain ID: 2722376449_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois-service.virtualcloud.co
Registrar URL: https://www.sav.com/
Updated Date: 2023-10-01T17:52:13Z
Creation Date: 2022-09-01T06:59:03Z
Registrar Registration Expiration Date: 2023-09-01T06:59:03Z
Registrar: SAV.COM, LLC
Registrar IANA ID: 609
Registrar Abuse Contact Email: SUPPORT@SAV.COM
Registrar Abuse Contact Phone: +1.8885808790
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Registry Registrant ID: Not Available From Registry
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: REDACTED FOR PRIVACY
Registrant Street: 2229 S MICHIGAN AVE SUITE 303
Registrant City: CHICAGO
Registrant State/Province: ILLINOIS
Registrant Postal Code: 60616
Registrant Country: US
Registrant Phone: +1.2563740797
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: Select Contact Domain Holder Link https://privacy.sav.com/?dom
```

Basic Domain Report for wwwblackrockloans.com - domainIQ                    October 5, 2023

```
Registry Admin ID: Not Available From Registry
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: 2229 S MICHIGAN AVE SUITE 303
Admin City: CHICAGO
Admin State/Province: ILLINOIS
Admin Postal Code: 60616
Admin Country: US
Admin Phone: +1.2563740797
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: Select Contact Domain Holder Link https://privacy.sav.com/?domain=w
Registry Tech ID: Not Available From Registry
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: 2229 S MICHIGAN AVE SUITE 303
Tech City: CHICAGO
Tech State/Province: ILLINOIS
Tech Postal Code: 60616
Tech Country: US
Tech Phone: +1.2563740797
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: Select Contact Domain Holder Link https://privacy.sav.com/?domain=ww
Name Server: NS1-EXPIRED.SAV.COM
Name Server: NS2-EXPIRED.SAV.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-10-01T17:52:13Z <<<
```

# EXHIBIT 34

# Raw Whois Record

```
Domain Name: ITBLACKROCK.COM
Registry Domain ID: 2732010447_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2022-10-14T17:12:03Z
Creation Date: 2022-10-14T17:12:02Z
Registry Expiry Date: 2023-10-14T17:12:02Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: 7202492374
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Name Server: NS1.NAME.COM
Name Server: NS2.NAME.COM
Name Server: NS3.NAME.COM
Name Server: NS4.NAME.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-10-05T16:21:02Z <<<


Domain Name: ITBLACKROCK.COM
Registry Domain ID: 2732010447_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2022-10-14T17:12:03Z
Creation Date: 2022-10-14T17:12:02Z
Registrar Registration Expiration Date: 2023-10-14T17:12:02Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransfer
Registry Registrant ID: Not Available From Registry
Registrant Name: Redacted For Privacy
Registrant Organization: Domain Protection Services, Inc.
Registrant Street: PO Box 1769
Registrant City: Denver
Registrant State/Province: CO
Registrant Postal Code: 80201
Registrant Country: US
Registrant Phone: +1.7208009072
Registrant Fax: +1.7209758725
Registrant Email: https://www.name.com/contact-domain-whois/itblackrock.com
Registry Admin ID: Not Available From Registry
```

```
Admin Name: Redacted For Privacy
Admin Organization: Domain Protection Services, Inc.
Admin Street: PO Box 1769
Admin City: Denver
Admin State/Province: CO
Admin Postal Code: 80201
Admin Country: US
Admin Phone: +1.7208009072
Admin Fax: +1.7209758725
Admin Email: https://www.name.com/contact-domain-whois/itblackrock.com
Registry Tech ID: Not Available From Registry
Tech Name: Redacted For Privacy
Tech Organization: Domain Protection Services, Inc.
Tech Street: PO Box 1769
Tech City: Denver
Tech State/Province: CO
Tech Postal Code: 80201
Tech Country: US
Tech Phone: +1.7208009072
Tech Fax: +1.7209758725
Tech Email: https://www.name.com/contact-domain-whois/itblackrock.com
Name Server: ns1.name.com
Name Server: ns2.name.com
Name Server: ns3.name.com
Name Server: ns4.name.com
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.7203101849
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-10-05T16:21:10Z <<<
```

# EXHIBIT 35

# Raw Whois Record

```
Domain Name: BLACKROCK-FX.COM
Registry Domain ID: 2768275759_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.regtons.com
Registrar URL: http://regtons.com
Updated Date: 2023-05-11T13:05:30Z
Creation Date: 2023-03-27T07:54:04Z
Registry Expiry Date: 2024-03-27T07:54:04Z
Registrar: Gransy, s.r.o.
Registrar IANA ID: 1505
Registrar Abuse Contact Email: abuse@regtons.com
Registrar Abuse Contact Phone: +420.734 463 373
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Name Server: NS1.DNS-PARKING.COM
Name Server: NS2.DNS-PARKING.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-10-05T16:32:52Z <<<


Domain Name: blackrock-fx.com
Registry Domain ID: 2768275759_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.regtons.com
Registrar URL: http://regtons.com
Updated Date: 2023-05-11T00:00:00Z
Creation Date: 2023-03-27T00:00:00Z
Registrar Registration Expiration Date: 2024-03-27T00:00:00Z
Registrar: GRANSY S.R.O D/B/A SUBREG.CZ
Registrar IANA ID: 1505
Registrar Abuse Contact Email: abuse@regtons.com
Registrar Abuse Contact Phone: +420.734463373
Domain Status: clienttransferprohibited https://www.icann.org/epp#clienttransfer
Registry Registrant ID: Not Disclosed
Registrant Name: Not Disclosed Not Disclosed
Registrant Organization: My Domain Provider
Registrant Street: Not Disclosed
Registrant City: Not Disclosed
Registrant State/Province:
Registrant Postal Code: Not Disclosed
Registrant Country: NL
Registrant Phone: Not Disclosed
Registrant Phone Ext: Not Disclosed
Registrant Fax: Not Disclosed
Registrant Fax Ext: Not Disclosed
```

```
Registrant Email: webproxy@whoisprotection.domains
Registry Admin ID: Not Disclosed
Admin Name: Not Disclosed Not Disclosed
Admin Organization:
Admin Street: Not Disclosed
Admin City: Not Disclosed
Admin State/Province: Not Disclosed
Admin Postal Code: Not Disclosed
Admin Country: Not Disclosed
Admin Phone: Not Disclosed
Admin Phone Ext: Not Disclosed
Admin Fax: Not Disclosed
Admin Fax Ext: Not Disclosed
Admin Email: webproxy@whoisprotection.domains
Registry Tech ID: Not Disclosed
Tech Name: Not Disclosed Not Disclosed
Tech Organization:
Tech Street: Not Disclosed
Tech City: Not Disclosed
Tech State/Province: Not Disclosed
Tech Postal Code: Not Disclosed
Tech Country: Not Disclosed
Tech Phone: Not Disclosed
Tech Phone Ext: Not Disclosed
Tech Fax: Not Disclosed
Tech Fax Ext: Not Disclosed
Tech Email: webproxy@whoisprotection.domains
Name Server: ns1.dns-parking.com
Name Server: ns2.dns-parking.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-10-05T00:00:00Z <<<
```

# EXHIBIT 36

# Raw Whois Record

```
Domain Name: ALADDINLENDING.COM
Registry Domain ID: 2711658985_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2023-07-18T17:45:32Z
Creation Date: 2022-07-17T07:31:59Z
Registry Expiry Date: 2024-07-17T07:31:59Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: 480-624-2505
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibit
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibit
Name Server: NS69.DOMAINCONTROL.COM
Name Server: NS70.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-10-05T14:29:27Z <<<


Domain Name: aladdinlending.com
Registry Domain ID: 2711658985_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
Updated Date: 2023-07-18T12:45:31Z
Creation Date: 2022-07-17T02:31:59Z
Registrar Registration Expiration Date: 2024-07-17T02:31:59Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibit
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibit
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 2155 E Warner Rd
Registrant City: Tempe
Registrant State/Province: Arizona
```

```
Registrant Postal Code: 85284
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: Select Contact Domain Holder link at https://www.godaddy.com/w
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 2155 E Warner Rd
Admin City: Tempe
Admin State/Province: Arizona
Admin Postal Code: 85284
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 2155 E Warner Rd
Tech City: Tempe
Tech State/Province: Arizona
Tech Postal Code: 85284
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/r
Name Server: NS69.DOMAINCONTROL.COM
Name Server: NS70.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-10-05T14:29:47Z <<<
```

# EXHIBIT 37

Basic Domain Report for aladdinprobank.net - domainIQ                                    October 5, 2023

# Raw Whois Record

```
Domain Name: ALADDINPROBANK.NET
Registry Domain ID: 2667223884_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2023-01-11T11:59:53Z
Creation Date: 2022-01-10T13:38:35Z
Registry Expiry Date: 2024-01-10T13:38:35Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: 480-624-2505
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibit
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibit
Name Server: NS71.DOMAINCONTROL.COM
Name Server: NS72.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-10-05T14:31:13Z <<<


Domain Name: aladdinprobank.net
Registry Domain ID: 2667223884_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
Updated Date: 2023-01-11T06:59:51Z
Creation Date: 2022-01-10T08:38:35Z
Registrar Registration Expiration Date: 2024-01-10T08:38:35Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibit
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibit
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 2155 E Warner Rd
Registrant City: Tempe
Registrant State/Province: Arizona
```

Basic Domain Report for aladdinprobank.net - domainIQ                                    October 5, 2023

```
Registrant Postal Code: 85284
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: Select Contact Domain Holder link at https://www.godaddy.com/w
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 2155 E Warner Rd
Admin City: Tempe
Admin State/Province: Arizona
Admin Postal Code: 85284
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 2155 E Warner Rd
Tech City: Tempe
Tech State/Province: Arizona
Tech Postal Code: 85284
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/r
Name Server: NS71.DOMAINCONTROL.COM
Name Server: NS72.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-10-05T14:31:25Z <<<
```

# EXHIBIT 38

# Raw Whois Record

```
Domain Name: ALADDINSECURITIES.NET
Registry Domain ID: 1115062280_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.networksolutions.com
Registrar URL: http://networksolutions.com
Updated Date: 2020-05-28T08:18:33Z
Creation Date: 2007-07-27T18:55:52Z
Registry Expiry Date: 2025-07-27T18:55:52Z
Registrar: Network Solutions, LLC
Registrar IANA ID: 2
Registrar Abuse Contact Email: domain.operations@web.com
Registrar Abuse Contact Phone: +1.8777228662
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Name Server: NS7.WORLDNIC.COM
Name Server: NS8.WORLDNIC.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-10-05T14:33:00Z <<<


Domain Name: ALADDINSECURITIES.NET
Registry Domain ID: 1115062280_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.networksolutions.com
Registrar URL: http://networksolutions.com
Updated Date: 2021-09-24T17:57:52Z
Creation Date: 2007-07-27T18:55:52Z
Registrar Registration Expiration Date: 2025-07-27T18:55:52Z
Registrar: Network Solutions, LLC
Registrar IANA ID: 2
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Registry Registrant ID:
Registrant Name: PERFECT PRIVACY, LLC
Registrant Organization:
Registrant Street: 5335 Gate Parkway care of Network Solutions PO Box 459
Registrant City: Jacksonville
Registrant State/Province: FL
Registrant Postal Code: 32256
Registrant Country: US
Registrant Phone: +1.5707088622
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: mn4ey9gn8gd@networksolutionsprivateregistration.com
Registry Admin ID:
```

```
Admin Name: PERFECT PRIVACY, LLC
Admin Organization:
Admin Street: 5335 Gate Parkway care of Network Solutions PO Box 459
Admin City: Jacksonville
Admin State/Province: FL
Admin Postal Code: 32256
Admin Country: US
Admin Phone: +1.5707088622
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: mn4ey9gn8gd@networksolutionsprivateregistration.com
Registry Tech ID:
Tech Name: PERFECT PRIVACY, LLC
Tech Organization:
Tech Street: 5335 Gate Parkway care of Network Solutions PO Box 459
Tech City: Jacksonville
Tech State/Province: FL
Tech Postal Code: 32256
Tech Country: US
Tech Phone: +1.5707088622
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: mn4ey9gn8gd@networksolutionsprivateregistration.com
Name Server: NS7.WORLDNIC.COM
Name Server: NS8.WORLDNIC.COM
DNSSEC: unsigned
Registrar Abuse Contact Email: domain.operations@web.com
Registrar Abuse Contact Phone: +1.8777228662
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-10-05T14:33:09Z <<<
```

# EXHIBIT 39

# Raw Whois Record

```
Domain Name: BLKCASH.NET
Registry Domain ID: 2609606503_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2022-10-17T17:55:27Z
Creation Date: 2021-05-04T06:53:14Z
Registry Expiry Date: 2024-05-04T06:53:14Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: 480-624-2505
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibit
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibit
Name Server: NS51.DOMAINCONTROL.COM
Name Server: NS52.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-10-05T16:06:40Z <<<


Domain Name: blkcash.net
Registry Domain ID: 2609606503_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
Updated Date: 2021-05-04T01:53:15Z
Creation Date: 2021-05-04T01:53:14Z
Registrar Registration Expiration Date: 2024-05-04T01:53:14Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibit
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibit
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 2155 E Warner Rd
Registrant City: Tempe
Registrant State/Province: Arizona
```

```
Registrant Postal Code: 85284
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: Select Contact Domain Holder link at https://www.godaddy.com/w
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 2155 E Warner Rd
Admin City: Tempe
Admin State/Province: Arizona
Admin Postal Code: 85284
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 2155 E Warner Rd
Tech City: Tempe
Tech State/Province: Arizona
Tech Postal Code: 85284
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/r
Name Server: NS51.DOMAINCONTROL.COM
Name Server: NS52.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-10-05T16:06:58Z <<<
```

EXHIBIT 40

# Raw Whois Record

```
Domain Name: BLK-TRADING.COM
Registry Domain ID: 2734529616_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.squarespace.domains
Registrar URL: http://domains2.squarespace.com
Updated Date: 2022-10-26T11:16:19Z
Creation Date: 2022-10-26T11:16:13Z
Registry Expiry Date: 2023-10-26T11:16:13Z
Registrar: Squarespace Domains II LLC
Registrar IANA ID: 895
Registrar Abuse Contact Email: abuse-complaints@squarespace.com
Registrar Abuse Contact Phone: +1.6466935324
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Name Server: NS-CLOUD-A1.GOOGLEDOMAINS.COM
Name Server: NS-CLOUD-A2.GOOGLEDOMAINS.COM
Name Server: NS-CLOUD-A3.GOOGLEDOMAINS.COM
Name Server: NS-CLOUD-A4.GOOGLEDOMAINS.COM
DNSSEC: signedDelegation
DNSSEC DS Data: 1796 8 2 8E129C17C3728E8FFF6CA31B04D97AFA619D511C0E1820D2B2998C3
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-10-05T16:11:44Z <<<


Domain Name: blk-trading.com
Registry Domain ID: 2734529616_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.google.com
Registrar URL: https://domains.google.com
Updated Date: 2022-10-26T11:16:19Z
Creation Date: 2022-10-26T11:16:13Z
Registrar Registration Expiration Date: 2023-10-26T11:16:13Z
Registrar: Google LLC
Registrar IANA ID: 895
Registrar Abuse Contact Email: registrar-abuse@google.com
Registrar Abuse Contact Phone: +1.8772376466
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransfer
Registry Registrant ID:
Registrant Name: Contact Privacy Inc. Customer 7151571251
Registrant Organization: Contact Privacy Inc. Customer 7151571251
Registrant Street: 96 Mowat Ave
Registrant City: Toronto
Registrant State/Province: ON
Registrant Postal Code: M4K 3K1
Registrant Country: CA
Registrant Phone: +1.4165385487
Registrant Phone Ext:
```

```
Registrant Fax:
Registrant Fax Ext:
Registrant Email: https://domains.google.com/contactregistrant?domain=blk-tradin
Registry Admin ID:
Admin Name: Contact Privacy Inc. Customer 7151571251
Admin Organization: Contact Privacy Inc. Customer 7151571251
Admin Street: 96 Mowat Ave
Admin City: Toronto
Admin State/Province: ON
Admin Postal Code: M4K 3K1
Admin Country: CA
Admin Phone: +1.4165385487
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: https://domains.google.com/contactregistrant?domain=blk-trading.com
Registry Tech ID:
Tech Name: Contact Privacy Inc. Customer 7151571251
Tech Organization: Contact Privacy Inc. Customer 7151571251
Tech Street: 96 Mowat Ave
Tech City: Toronto
Tech State/Province: ON
Tech Postal Code: M4K 3K1
Tech Country: CA
Tech Phone: +1.4165385487
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: https://domains.google.com/contactregistrant?domain=blk-trading.com
Name Server: NS-CLOUD-A1.GOOGLEDOMAINS.COM
Name Server: NS-CLOUD-A2.GOOGLEDOMAINS.COM
Name Server: NS-CLOUD-A3.GOOGLEDOMAINS.COM
Name Server: NS-CLOUD-A4.GOOGLEDOMAINS.COM
DNSSEC: signedDelegation
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2022-10-27T19:26:38.683097Z <<<
```

# EXHIBIT 41

# Raw Whois Record

```
Domain Name: BLACKROCKPFM.COM
Registry Domain ID: 2743630286_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namesilo.com
Registrar URL: http://www.namesilo.com
Updated Date: 2022-12-09T19:14:48Z
Creation Date: 2022-12-09T19:14:48Z
Registry Expiry Date: 2023-12-09T19:14:48Z
Registrar: NameSilo, LLC
Registrar IANA ID: 1479
Registrar Abuse Contact Email: abuse@namesilo.com
Registrar Abuse Contact Phone: +1.4805240066
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Name Server: NS1.DNSOWL.COM
Name Server: NS2.DNSOWL.COM
Name Server: NS3.DNSOWL.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-10-05T16:22:49Z <<<


Domain Name: blackrockpfm.com
Registry Domain ID: 2743630286_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namesilo.com
Registrar URL: https://www.namesilo.com/
Updated Date: 2023-09-20T07:00:00Z
Creation Date: 2022-12-09T07:00:00Z
Registrar Registration Expiration Date: 2023-12-09T07:00:00Z
Registrar: NameSilo, LLC
Registrar IANA ID: 1479
Registrar Abuse Contact Email: abuse@namesilo.com
Registrar Abuse Contact Phone: +1.4805240066
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransfer
Registry Registrant ID:
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: PrivacyGuardian.org llc
Registrant Street: 1928 E. Highland Ave. Ste F104 PMB# 255
Registrant City: Phoenix
Registrant State/Province: AZ
Registrant Postal Code: 85016
Registrant Country: US
Registrant Phone: +1.3478717726
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
```

```
Registrant Email: pw-09ac165e6eee69fca174e7f461b4414f@privacyguardian.org
Registry Admin ID:
Admin Name: Domain Administrator
Admin Organization: PrivacyGuardian.org llc
Admin Street: 1928 E. Highland Ave. Ste F104 PMB# 255
Admin City: Phoenix
Admin State/Province: AZ
Admin Postal Code: 85016
Admin Country: US
Admin Phone: +1.3478717726
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: pw-09ac165e6eee69fca174e7f461b4414f@privacyguardian.org
Registry Tech ID:
Tech Name: Domain Administrator
Tech Organization: PrivacyGuardian.org llc
Tech Street: 1928 E. Highland Ave. Ste F104 PMB# 255
Tech City: Phoenix
Tech State/Province: AZ
Tech Postal Code: 85016
Tech Country: US
Tech Phone: +1.3478717726
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: pw-09ac165e6eee69fca174e7f461b4414f@privacyguardian.org
Name Server: NS1.DNSOWL.COM
Name Server: NS2.DNSOWL.COM
Name Server: NS3.DNSOWL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-10-05T07:00:00Z <<<
```

# EXHIBIT 42

# Raw Whois Record

```
Domain Name: JIOBLACKROCK.COM
Registry Domain ID: 2801087075_DOMAIN_COM-VRSN
Registrar WHOIS Server: grs-whois.hichina.com
Registrar URL: http://wanwang.aliyun.com
Updated Date: 2023-07-26T15:40:51Z
Creation Date: 2023-07-26T15:37:20Z
Registry Expiry Date: 2024-07-26T15:37:20Z
Registrar: Alibaba Cloud Computing Ltd. d/b/a HiChina (www.net.cn)
Registrar IANA ID: 1599
Registrar Abuse Contact Email: DomainAbuse@service.aliyun.com
Registrar Abuse Contact Phone: +86.95187
Domain Status: ok https://icann.org/epp#ok
Name Server: DNS13.HICHINA.COM
Name Server: DNS14.HICHINA.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-10-05T16:24:03Z <<<


Domain Name: jioblackrock.com
Registry Domain ID: 2801087075_DOMAIN_COM-VRSN
Registrar WHOIS Server: grs-whois.hichina.com
Registrar URL: http://wanwang.aliyun.com
Updated Date: 2023-07-26T15:40:51Z
Creation Date: 2023-07-26T15:37:20Z
Registrar Registration Expiration Date: 2024-07-26T15:37:20Z
Registrar: Alibaba Cloud Computing Ltd. d/b/a HiChina (www.net.cn)
Registrar IANA ID: 1599
Reseller:
Domain Status: ok https://icann.org/epp#ok
Registrant City:
Registrant State/Province: Bei Jing
Registrant Country: CN
Registrant Email:https://whois.aliyun.com/whois/whoisForm
Registry Registrant ID: Not Available From Registry
Name Server: DNS13.HICHINA.COM
Name Server: DNS14.HICHINA.COM
DNSSEC: unsigned
Registrar Abuse Contact Email: DomainAbuse@service.aliyun.com
Registrar Abuse Contact Phone: +86.95187
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>>Last update of WHOIS database: 2023-10-05T16:24:11Z <<<
```

# EXHIBIT 43

Basic Domain Report for blackrockjio.com - domainIQ                              October 5, 2023

# Raw Whois Record

```
Domain Name: BLACKROCKJIO.COM
Registry Domain ID: 2801100024_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.domain.com
Registrar URL: http://www.domain.com
Updated Date: 2023-07-26T17:27:24Z
Creation Date: 2023-07-26T17:27:24Z
Registry Expiry Date: 2024-07-26T17:27:24Z
Registrar: Domain.com, LLC
Registrar IANA ID: 886
Registrar Abuse Contact Email: compliance@domain-inc.net
Registrar Abuse Contact Phone: 602-226-2389
Domain Status: ok https://icann.org/epp#ok
Name Server: NS1.DOMAIN.COM
Name Server: NS2.DOMAIN.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-10-05T16:27:19Z <<<


Domain Name: BLACKROCKJIO.COM
Registry Domain ID: 2801100024_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.domain.com
Registrar URL: www.domain.com
Updated Date: 2023-07-26T17:27:25
Creation Date: 2023-07-26T17:27:24
Registrar Registration Expiration Date: 2024-07-26T17:27:24
Registrar: Domain.com, LLC
Registrar IANA ID: 886
Reseller: Domain.com
Domain Status:
Registry Registrant ID:
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: NA
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: OM
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext:
Registrant Email: https://tieredaccess.com/contact/5486fce8-7536-42ff-a3e0-61517
Registry Admin ID:
```

```
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext:
Admin Email: REDACTED FOR PRIVACY
Registry Tech ID:
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext:
Tech Email: REDACTED FOR PRIVACY
Name Server: ns2.domain.com
Name Server: ns1.domain.com
DNSSEC: unsigned
Registrar Abuse Contact Email: compliance@domain-inc.net
Registrar Abuse Contact Phone: +1.6027165396
URL of the ICANN WHOIS Data Problem Reporting System: https://icann.org/wicf
>>> Last update of WHOIS database: 2023-10-05T16:27:41Z <<<
"
```

# EXHIBIT 44

# Raw Whois Record

```
Domain Name: blackrock-assets.org
Registry Domain ID: c29ab8eea9b1442194e794e26c3c8ff9-LROR
Registrar WHOIS Server: https://rdap.namecheap.com/
Registrar URL: http://www.spaceship.com/
Updated Date: 2023-05-21T12:32:20Z
Creation Date: 2023-05-16T12:32:03Z
Registry Expiry Date: 2024-05-16T12:32:03Z
Registrar: Spaceship, Inc.
Registrar IANA ID: 3862
Registrar Abuse Contact Email: abuse@spaceship.com
Registrar Abuse Contact Phone: +1.6027723958
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Privacy service provided by Withheld for Privacy ehf
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Capital Region
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: IS
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record ident
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
```

```
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified
Name Server: launch1.spaceship.net
Name Server: launch2.spaceship.net
DNSSEC: signedDelegation
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of WHOIS database: 2023-10-05T16:28:48Z <<<
```

# EXHIBIT 45

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,417,737

Registered Jan. 2, 2001

## SERVICE MARK
### PRINCIPAL REGISTER

## BLACKROCK

BLACKROCK, INC. (DELAWARE CORPORATION)
345 PARK AVENUE, 29TH FLOOR
NEW YORK, NY 10154

FOR: INVESTMENT MANAGEMENT SERVICES; INVESTMENT ADVICE; RISK MANAGEMENT; STOCK BROKERAGE SERVICES, NAMELY THE SALES, MARKETING AND DISTRIBUTION OF INVESTMENT COMPANY SHARES; MUTUAL FUND BROKERAGE SERVICES; MUTUAL FUND ADMINISTRATION AND TRANSFER AGENCY SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6–22–1992; IN COMMERCE 6–22–1992.

OWNER OF U.S. REG. NO. 2,241,410.

SER. NO. 75–928,683, FILED 2–28–2000.

PAUL F. GAST, EXAMINING ATTORNEY

Int. Cls.: 36 and 42

Prior U.S. Cls.: 100, 101 and 102

**Reg. No. 2,645,470**

## United States Patent and Trademark Office

Registered Nov. 5, 2002

### SERVICE MARK
### PRINCIPAL REGISTER

## BLACKROCK SOLUTIONS

BLACKROCK CAPITAL MANAGEMENT, INC. (DELAWARE CORPORATION)
100 BELLEVUE PARKWAY
WILMINGTON, DE 19809

FOR: FINANCIAL SERVICES, NAMELY, PROVIDING RISK MANAGEMENT SERVICES, FINANCIAL MANAGEMENT SERVICES, SECURITIES TRADING, INSURANCE CONSULTATION, INVESTMENT MANAGEMENT AND INVESTMENT ADVISORY SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-0-2000; IN COMMERCE 8-0-2000.

FOR: TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE COMPUTER SOFTWARE FOR USE BY OTHERS IN THE EVALUATION, ANALYSIS, AND RISK ASSESSMENT OF FINANCIAL INSTRUMENTS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 8-0-2000; IN COMMERCE 8-0-2000.

OWNER OF U.S. REG. NO. 2,417,737.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SOLUTIONS" , APART FROM THE MARK AS SHOWN.

SER. NO. 76-275,600, FILED 6-22-2001.

REBECCA GILBERT, EXAMINING ATTORNEY

Int. Cls.: 35 and 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,425,495

Registered May 13, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

# BLACKROCK

BLACKROCK, INC. (DELAWARE CORPORATION)
40 EAST 52ND STREET
NEW YORK, NY 10022

FOR: PROVIDING BUSINESS AND MARKET RESEARCH SERVICES TO INDIVIDUAL AND INSTITUTIONAL FINANCIAL INVESTORS AND FINANCIAL PROFESSIONALS; BUSINESS MANAGEMENT CONSULTATION , IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-22-1992; IN COMMERCE 6-22-1992.

FOR: INVESTMENT MANAGEMENT SERVICES; INVESTMENT ADVICE; FINANCIAL RISK MANAGEMENT; STOCK BROKERAGE SERVICES IN THE FIELD OF INVESTMENT COMPANY SHARES; MUTUAL FUND BROKERAGE SERVICES; MUTUAL FUND INVESTMENT SERVICES; MUTUAL FUND DISTRIBUTION SERVICES; FINANCIAL ASSET MANAGEMENT; FINANCIAL ASSET EVALUATION; INVESTMENT SERVICES, NAMELY, MANAGEMENT AND BROKERAGE IN THE FIELDS OF STOCKS, BONDS, OPTIONS, COMMODITIES, FUTURES AND OTHER SECURITIES, AND THE INVESTMENT OF FUNDS OF OTHERS; INVESTMENT ADVISORY SERVICES; FINANCIAL INVESTMENT RESEARCH; EQUITY CAPITAL INVESTMENT; FINANCIAL INVESTMENT IN THE FIELD OF REAL ESTATE; FISCAL ASSESSMENTS AND EVALUATIONS; FINANCIAL MANAGEMENT OF REAL ESTATE AND MUTUAL FUND INVESTMENT TRUSTS; FINANCIAL RESEARCH; PREPARATION OF FINANCIAL REPORTS FOR OTHERS AND FINANCIAL ANALYSIS RELATED THERETO; PROVIDING FINANCIAL INFORMATION IN THE FIELD OF INVESTMENT OPPORTUNITIES AND FINANCIAL ANALYSIS; INVESTMENT MANAGEMENT AND DISTRIBUTION OF SHARES OF INVESTMENT COMPANIES OR OTHER POOLED INVESTMENT VEHICLES, NAMELY, OF COLLATERALIZED DEBT OBLIGATIONS, COLLATERALIZED LOAN OBLIGATIONS, MUTUAL FUNDS, HEDGE FUNDS AND VARIABLE INSURANCE FUNDS; ONLINE FINANCIAL SERVICES, NAMELY, INVESTMENT FUND TRANSFER AND TRANSACTION SERVICES, FINANCIAL PLANNING AND FINANCIAL RESEARCH; FINANCIAL MANAGEMENT AND FINANCIAL PLANNING, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-22-1992; IN COMMERCE 6-22-1992.

OWNER OF U.S. REG. NOS. 2,241,410, 2,645,470 AND OTHERS.

THE MARK CONSISTS OF THE WORD "BLACK-ROCK" IN STYLIZED LETTERS WITH THE "B" AND "R" IN CAPITAL LETTERS. THE REMAINING LETTERS ARE SMALL CAPITALS IN STYLIZED FONT.

SER. NO. 77-144,674, FILED 3-30-2007.

ZHALEH DELANEY, EXAMINING ATTORNEY

Int. Cls.: 35 and 36

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 3,544,707

Registered Dec. 9, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

# BLACKROCK

BLACKROCK, INC. (DELAWARE CORPORA-
TION)
40 EAST 52ND STREET
NEW YORK, NY 10022

FOR: PROVIDING INFORMATION AND ANA-
LYSIS RELATING TO ECONOMIC MARKET DATA;
PROVIDING BUSINESS DEVELOPMENT INFOR-
MATION AND ADVICE TO FINANCIAL PROFES-
SIONALS; BUSINESS ADVICE AND
INFORMATION; MARKET ANALYSIS, IN CLASS
35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-22-1992; IN COMMERCE 6-22-1992.

FOR: PROVIDING INFORMATION AND ANA-
LYSIS RELATING TO FINANCIAL INVESTMENTS;

FINANCIAL INVESTMENT DATA, IN CLASS 36
(U.S. CLS. 100, 101 AND 102).

FIRST USE 6-22-1992; IN COMMERCE 6-22-1992.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,241,410, 2,417,737,
AND 2,645,470.

SN 77-318,028, FILED 10-31-2007.

KELLEY WELLS, EXAMINING ATTORNEY

**Int. Cl.: 36**

**Prior U.S. Cls.: 100, 101, and 102**

**United States Patent and Trademark Office**

**Reg. No. 3,592,375**

Registered Mar. 17, 2009

## SERVICE MARK
### PRINCIPAL REGISTER

## BLACKROCK ALTERNATIVE ADVISORS

BLACKROCK, INC. (DELAWARE CORPORA-
TION)
40 EAST 52ND STREET
NEW YORK, NY 10022

FOR: PROVIDING FINANCIAL MANAGEMENT
SERVICES, INCLUDING INVESTMENT MANAGE-
MENT SERVICES; INVESTMENT ADVICE; FINAN-
CIAL INVESTMENT IN THE FIELD OF
SECURITIES AND OTHER FINANCIAL INSTRU-
MENTS AND INVESTMENTS IN ALL MANNER OF
TANGIBLE ASSETS; FINANCIAL RESEARCH AND
FINANCIAL ANALYSIS; FINANCIAL RISK MAN-
AGEMENT, IN CLASS 36 (U.S. CLS. 100, 101 AND
102).

FIRST USE 10-1-2007; IN COMMERCE 10-1-2007.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,241,410, 2,417,737,
AND 2,645,470.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "ALTERNATIVE ADVISORS",
APART FROM THE MARK AS SHOWN.

SN 77-317,985, FILED 10-31-2007.

KELLEY WELLS, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# BLACKROCK

**Reg. No. 5,160,061**

**Registered Mar. 14, 2017**

**Int. Cl.: 9, 42**

**Service Mark**

**Trademark**

**Principal Register**

BlackRock, Inc. (DELAWARE CORPORATION)
40 East 52nd Street
New York, NY 10022

CLASS 9: Computer software and mobile applications for use by others in rendering financial services, namely, software for collecting, analyzing, organizing, storing and transmitting data and information in the fields of financial risk management, financial management and investment management; computer software and mobile applications used in connection with financial services, namely, software for collecting, analyzing, organizing, storing and transmitting data and information in the fields of personal financial planning, personal financial management, personal investment management, and retirement planning

FIRST USE 1-1-2015; IN COMMERCE 1-1-2015

CLASS 42: Providing temporary use of on-line non-downloadable computer software, web applications, and computer software platforms in the field of financial services, namely, risk management, financial information, financial management, securities trading, investment management services, and retirement planning

FIRST USE 10-22-2002; IN COMMERCE 10-22-2002

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-114,057, FILED 07-23-2016
CASSONDRA CR ANDERSON, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# BlackRock

**Reg. No. 5,965,157**

**Registered Jan. 21, 2020**

**Int. Cl.: 9, 35, 36, 42**

**Service Mark**

**Trademark**

**Principal Register**

BlackRock, Inc.  (DELAWARE CORPORATION)
40 East 52nd Street
New York, NEW YORK 10022

CLASS 9: Computer software and mobile applications for use by others in rendering financial services, namely, downloadable or recorded software for collecting, analyzing, organizing, storing and transmitting data and information in the fields of financial risk management, financial management and investment management; downloadable or recorded computer software and mobile applications used in connection with financial services, namely, software for collecting, analyzing, organizing, storing and transmitting data and information in the fields of personal financial planning, personal financial management, personal investment management, and retirement planning

FIRST USE 10-26-2018; IN COMMERCE 10-26-2018

CLASS 35: Providing information and analysis relating to economic market data; providing and updating a financial index; providing financial indices based on selected groups of securities; providing and updating a financial index of securities values and classification, analysis, and reporting thereof; providing business development information and advice to financial professionals; business advice and information; market analysis; compiling financial, securities, stock exchange, trade and quote, index value and other financial market information for business purposes; analyzing and compiling data for measuring the performance of financial markets

FIRST USE 10-26-2018; IN COMMERCE 10-26-2018

CLASS 36: Investment management; investment advice; financial risk management; financial investment brokerage services; financial planning and investment advisory services; financial and investment services, namely, management and brokerage in the fields of stocks, bonds, options, commodities, futures and other securities, and the investment of funds of others; financial services, namely, operation and management of hedge funds, commodity pools and other collective investment vehicles, and trading for others of securities, options, futures, derivatives, debt instruments and commodities; financial administration of stock exchange trading of shares and other financial securities in financial markets; monitoring financial markets for investment purposes; financial investment analysis and stock research; providing information and advice in the field of finance, financial investments, financial valuations, and the financial aspects of retirement; providing information and research in the field of finance and financial investments

FIRST USE 10-26-2018; IN COMMERCE 10-26-2018

CLASS 42: Providing temporary use of on-line non-downloadable computer software, web applications, and on-line non-downloadable computer software platforms for use in the field of financial services, namely, for risk management, providing financial information, financial management, securities trading, investment management services, and retirement planning



Director of the United States
Patent and Trademark Office



FIRST USE 10-26-2018; IN COMMERCE 10-26-2018

The mark consists of the word "BLACKROCK" in stylized font.

OWNER OF U.S. REG. NO. 2417737, 3544707, 5160061

SER. NO. 88-310,306, FILED 02-21-2019

# United States of America

## United States Patent and Trademark Office

# BLACKROCK

**Reg. No. 6,151,287**

**Registered Sep. 15, 2020**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

BlackRock, Inc.  (DELAWARE CORPORATION)
40 East 52nd Street
New York, NEW YORK 10022

CLASS 41: Educational services, namely, providing workshops, classes, seminars, and conferences in the fields of business, finance, securities trading, financial markets, financial investment, investment management, financial planning, retirement planning, and risk management; educational and entertainment services, namely, providing podcasts in the fields of business, finance, securities trading, financial markets, financial investment, investment management, financial planning, retirement planning, and risk management

FIRST USE 00-00-1997; IN COMMERCE 00-00-1997

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2417737, 3544707, 5160061

SER. NO. 88-717,792, FILED 12-06-2019



Director of the United States
Patent and Trademark Office



# EXHIBIT 46

Int. Cls.: 36 and 42

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,639,018
Registered Oct. 22, 2002

## SERVICE MARK
### PRINCIPAL REGISTER

# ALADDIN

BLACKROCK CAPITAL MANAGEMENT, INC.
(DELAWARE CORPORATION)
100 BELLEVUE PARKWAY
WILMINGTON, DE 19809

FOR: FINANCIAL SERVICES, NAMELY, PROVIDING RISK MANAGEMENT SERVICES, FINANCIAL MANAGEMENT SERVICES, AND SECURITIES TRADING, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-0-1996; IN COMMERCE 8-0-1996.

FOR: TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE COMPUTER SOFTWARE FOR USE BY OTHERS IN PROVIDING FINANCIAL SERVICES, NAMELY, PROVIDING RISK MANAGEMENT, FINANCIAL INFORMATION, FINANCIAL MANAGEMENT, SECURITIES TRADING AND INVESTMENT MANAGEMENT SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 8-0-1996; IN COMMERCE 8-0-1996.

SER. NO. 76-299,419, FILED 8-14-2001.

THOMAS GLEASON, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# ALADDIN

**Reg. No. 5,829,287**

**Registered Aug. 06, 2019**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

BlackRock, Inc.  (DELAWARE CORPORATION)
40 East 52nd Street
New York, NEW YORK 10022

CLASS 9: Computer software and mobile applications for use by others in rendering financial services, namely, software for collecting, analyzing, organizing, storing and transmitting data and information in the fields of financial risk management, financial management and investment management; computer software and mobile applications used in connection with financial services, namely, software for collecting, analyzing, organizing, storing and transmitting data and information in the fields of personal financial planning, personal financial management, personal investment management, and retirement planning

FIRST USE 1-20-2018; IN COMMERCE 1-20-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-114,054, FILED 07-23-2016



Director of the United States
Patent and Trademark Office

# EXHIBIT 47

# United States of America

## United States Patent and Trademark Office

# BLK

**Reg. No. 4,343,622**

**Registered May 28, 2013**

**Int. Cls.: 35 and 36**

**SERVICE MARK**

**PRINCIPAL REGISTER**

BLACKROCK, INC. (DELAWARE CORPORATION)
40 EAST 52ND STREET
NEW YORK, NY 10022

FOR: PROVIDING INFORMATION AND ANALYSIS RELATING TO ECONOMIC MARKET DATA; PROVIDING BUSINESS AND MARKET RESEARCH SERVICES TO INDIVIDUAL AND INSTITUTIONAL FINANCIAL INVESTORS AND FINANCIAL PROFESSIONALS; BUSINESS MANAGEMENT CONSULTATION; MARKET ANALYSIS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 2-29-2012; IN COMMERCE 2-29-2012.

FOR: INVESTMENT MANAGEMENT SERVICES; INVESTMENT ADVICE; FINANCIAL RISK MANAGEMENT; STOCK BROKERAGE SERVICES IN THE FIELD OF INVESTMENT COMPANY SHARES; MUTUAL FUND BROKERAGE SERVICES; MUTUAL FUND INVESTMENT SERVICES; MUTUAL FUND DISTRIBUTION SERVICES; FINANCIAL ASSET MANAGEMENT; FINANCIAL ASSET EVALUATION; INVESTMENT SERVICES, NAMELY, MANAGEMENT AND BROKERAGE IN THE FIELDS OF STOCKS, BONDS, OPTIONS, COMMODITIES, FUTURES AND OTHER SECURITIES, AND THE INVESTMENT OF FUNDS OF OTHERS; INVESTMENT ADVISORY SERVICES; FINANCIAL INVESTMENT RESEARCH; EQUITY CAPITAL INVESTMENT; FINANCIAL INVESTMENT IN THE FIELD OF REAL ESTATE; FISCAL ASSESSMENTS AND EVALUATIONS; FINANCIAL MANAGEMENT OF REAL ESTATE AND MUTUAL FUND INVESTMENT TRUSTS; FINANCIAL RESEARCH; PREPARATION OF FINANCIAL REPORTS FOR OTHERS AND FINANCIAL ANALYSIS RELATED THERETO; PROVIDING FINANCIAL INFORMATION IN THE FIELD OF INVESTMENT OPPORTUNITIES AND FINANCIAL ANALYSIS; INVESTMENT MANAGEMENT AND DISTRIBUTION OF SHARES OF INVESTMENT COMPANIES OR OTHER POOLED INVESTMENT VEHICLES, NAMELY, OF COLLATERALIZED DEBT OBLIGATIONS, COLLATERALIZED LOAN OBLIGATIONS, MUTUAL FUNDS, HEDGE FUNDS AND VARIABLE INSURANCE FUNDS; ONLINE FINANCIAL SERVICES, NAMELY, INVESTMENT FUND TRANSFER AND TRANSACTION SERVICES, FINANCIAL PLANNING AND FINANCIAL RESEARCH; FINANCIAL MANAGEMENT AND FINANCIAL PLANNING; DISTRIBUTION AND ADMINISTRATION OF EXCHANGE-TRADED FUNDS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 2-29-2012; IN COMMERCE 2-29-2012.



Acting Director of the United States Patent and Trademark Office

**Reg. No. 4,343,622**  THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-555,020, FILED 2-28-2012.

CHRISTINE MARTIN, EXAMINING ATTORNEY

<div style="border:1px solid black">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

<div style="border:1px solid black">

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

</div>

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.