# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| BLACKROCK, INC., <br><br> Plaintiff, <br><br> v. <br><br> 3BLACKROCK.COM, ET AL., <br><br> Defendants. | Civil Action No. 1:23-cv-1375 |

## FINANCIAL INTEREST DISCLOSURE STATEMENT OF PLAINTIFF BLACKROCK, INC.

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiff BlackRock, Inc. certifies that it has nothing to report under the rule.

Dated: October 10, 2023    By:    /s/ Attison L. Barnes, III

Attison L. Barnes, III (VA Bar No. 30458)
David E. Weslow (for *pro hac vice* admission)
Adrienne J. Kosak (VA Bar No. 78631)
WILEY REIN LLP
2050 M St. NW
Washington, DC 20036
(202) 719-7000 (phone)
(202) 719-7049 (fax)
abarnes@wiley.law
dweslow@wiley.law
akosak@wiley.law

*Counsel for Plaintiff BlackRock, Inc.*