AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __for the Eastern District of Virginia__ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:23-cv-01375 | DATE FILED<br>10/10/2023 | U.S. DISTRICT COURT<br>for the Eastern District of Virginia | |
|---|---|---|---|
| PLAINTIFF<br><br>BlackRock, Inc. | | DEFENDANT<br><br>3BLACKROCK.COM et al. | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | See attached | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

**Copy 1**—Upon initiation of action, mail this copy to Director     **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director     **Copy 4**—Case file copy

- Reg. No. 2417737, BLACKROCK, registered on the Principal Register on January 2, 2001.

- Reg. No. 2639018, ALADDIN, registered on the Principal Register on October 22, 2002.

- Reg. No. 2645470, BLACKROCK SOLUTIONS, registered on the Principal Register on November 5, 2002.

- Reg. No. 3425495, BLACKROCK (stylized), registered on the Principal Register on May 13, 2008.

- Reg. No. 3544707, BLACKROCK, registered on the Principal Register on December 9, 2008.

- Reg. No. 3592375, BLACKROCK ALTERNATIVE ADVISORS, registered on the Principal Register on March 17, 2009.

- Reg. No. 4343622, BLK, registered on the Principal Register on May 28, 2013.

- Reg. No. 5160061, BLACKROCK, registered on the Principal Register on March 14, 2017.

- Reg. No. 5829287, ALADDIN, registered on the Principal Register on August 6, 2019.

- Reg. No. 5965157, BLACKROCK (stylized), registered on the Principal Register on January 21, 2020.

- Reg. No. 6151287, BLACKROCK, registered on the Principal Register on September 15, 2020.