IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BLACKROCK, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>3BLACKROCK.COM and 43 additional Internet Domain Names,<br><br>    Defendants. | Civil Action No. 1:23-cv-1375 (AJT/WEF) |

**PLAINTIFF'S MOTION FOR ORDER TO PUBLISH NOTICE OF ACTION**

Plaintiff BlackRock, Inc. ("Plaintiff"), by counsel, hereby moves this Court for an Order directing that Plaintiff serve the domain names identified as Defendants in the Complaint (Dkt. No. 1) by electronic means and through publication of notice of this action in either *The Washington Post* or *The Washington Times*, in accordance with the attached proposed Order.

Dated: October 25, 2023    By:    /s/ Adrienne J. Kosak /s/
Attison L. Barnes, III (VA Bar No. 30458)
David E. Weslow (for *pro hac vice*)
Adrienne J. Kosak (VA Bar No. 78631)
WILEY REIN LLP
2050 M St. NW
Washington, DC 20036
Tel: (202) 719-7000
Fax: (202) 719-7049
abarnes@wiley.law
dweslow@wiley.law
akosak@wiley.law

*Counsel for Plaintiff*
*BlackRock, Inc.*

## **CERTIFICATE OF SERVICE**

    I, Adrienne J. Kosak, hereby certify that on October 25, 2023, I electronically filed the foregoing by using the CM/ECF system. I also sent copies to the registrant(s) of the domain names through the contact information provided by the registrant to the registrar of the domain names as identified in Exhibit A to the attached declaration.

    /s/ Adrienne J. Kosak /s/
Adrienne J. Kosak (VA Bar No. 78631)
WILEY REIN LLP
2050 M Street, NW
Washington, DC  20036
Tel: (202) 719-7000
Fax: (202) 719-7049
akosak@wiley.law

*Counsel for Plaintiff*
*BlackRock, Inc.*