IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BLACKROCK, INC., <br><br> Plaintiff, <br><br> v. <br><br> 3BLACKROCK.COM and 43 additional Internet Domain Names, <br><br> Defendants. | Civil Action No. 1:23-cv-1375 (AJT/WEF) |

**NOTICE OF WAIVER OF HEARING**

Pursuant to Local Civil Rule 7(J) and Fed. R. Civ. P. 78, Plaintiff BlackRock, Inc., by counsel, hereby waives hearing and submits Plaintiff's Motion for Order to Publish Notice of Action for disposition upon the briefs of counsel.


Dated: October 25, 2023        By:    /s/ Adrienne J. Kosak /s/
                                      Attison L. Barnes, III (VA Bar No. 30458)
                                      David E. Weslow (for *pro hac vice*)
                                      Adrienne J. Kosak (VA Bar No. 78631)
                                      WILEY REIN LLP
                                      2050 M St. NW
                                      Washington, DC 20036
                                      Tel: (202) 719-7000
                                      Fax: (202) 719-7049
                                      abarnes@wiley.law
                                      dweslow@wiley.law
                                      akosak@wiley.law

                                      *Counsel for Plaintiff*
                                      *BlackRock, Inc.*

## CERTIFICATE OF SERVICE

I, Adrienne J. Kosak, hereby certify that on October 25, 2023, I electronically filed the foregoing by using the CM/ECF system. I also sent copies to the registrant(s) of the domain names through the contact information provided by the registrant to the registrar of the domain names as identified in Exhibit A to the attached declaration.

/s/ Adrienne J. Kosak /s/
Adrienne J. Kosak (VA Bar No. 78631)
WILEY REIN LLP
2050 M Street, NW
Washington, DC  20036
Tel: (202) 719-7000
Fax: (202) 719-7049
akosak@wiley.law

*Counsel for Plaintiff*
*BlackRock, Inc.*