IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BLACKROCK, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>3BLACKROCK.COM and 43 additional<br>Internet Domain Names,<br><br>    Defendants. | Civil Action No. 1:23-cv-1375 (AJT/WEF) |

**ORDER TO PUBLISH NOTICE OF ACTION**

Upon consideration of Plaintiff's Motion for an Order to Publish Notice of Action pursuant to 15 U.S.C. § 1125(d)(2)(A)(ii)(II)(bb) and Plaintiff's Memorandum of Law and Declaration in support thereof, IT IS HEREBY ORDERED:

1. That a copy of this Order be published in *The Washington Times* or *The Washington Post* within fourteen (14) days after entry of this Order;

2. That a copy of this Order be provided through email and/or electronic portal to the registrant(s) of the Defendant Domain Names (listed after the Court's signature), if the registrant(s) have made such contact information publicly available and the contact method is functional;

3. That a declaration be filed on Plaintiff's behalf, no later than twenty (20) days after the entry of this Order, describing the steps that have been taken to comply with this Order; and

4. That the Defendant Domain Names are hereby advised:

    A. Plaintiff has filed a Complaint charging the Defendant Domain Names with violation of the Lanham Act and the Anti-Cybersquatting Consumer Protection Act. A copy of

the Complaint may be obtained from Plaintiff's counsel, David E. Weslow, Wiley Rein LLP, 2050 M Street NW, Washington, DC 20036, telephone (202) 719-7000.

B. In the event the Plaintiff prevails against the Domain Names, remedies could include the forfeiture or cancellation of the Domain Names or the transfer of the Domain Names to the Plaintiff in this action.

C. Any answer or other response to the Complaint should be filed with the Clerk of Court, United States District Court for the Eastern District of Virginia, Alexandria Division, 401 Courthouse Square, Alexandria, Virginia 22314-5798 within twenty-one (21) days from the date of publication of this Order in *The Washington Times* or *The Washington Post*. If no appearance or pleading is filed as required by this Order, this Court may render a judgment against the Domain Names which could include the forfeiture or cancellation of the Domain Names or the transfer of the Domain Names to the Plaintiff.

Entered this 27th day of October.

*William E. Fitzpatrick*
Hon. William E. Fitzpatrick
United States Magistrate Judge

**DEFENDANT DOMAIN NAMES SUBJECT TO THIS ORDER**

3BLACKROCK.COM, ALADDIN-BLACKROCK.COM, ALADDINLENDING.COM, ALADDINPROBANK.NET, ALADDINSECURITIES.NET, ASSETSBLACKROCK.COM, BLACKROCK500.COM, BLACKROCKBOND.COM, BLACKROCKSHARE.COM, BLACKROCKCAPITALGROUPLLC.NET, BLACKROCKCAPITALINC.COM, BLACKROCKCAPITALINVESTMENTS.COM, BLACKROCKCAPITALMANAGEMENT.COM, BLACKROCK-CO.COM, BLACKROCK-CRYPTO.NET, BLACKROCKENVESTMENTVN.COM, BLACKROCKFINANCES.COM, BLACKROCKFUTURES.COM, BLACKROCKINVESTMENTGROUP.ORG, BLACKROCKINVESTMENTINSIGHT.COM, BLACKROCK-INVESTMENTS.COM, BLACKROCK-INVESTMENTS.ORG, BLACKROCKLLP.COM, BLACKROCKREI.COM, BLACKROCKEXCHANGE.COM, BLACKROCKTCPCAPITAL.COM, BLACKROCKUSD.COM, BLACKROKLOANS.COM, BLACROCKLOANS.COM, BLAKROCKLOANS.COM, BLAXKROCK.COM, BLKCASH.NET, BLK-TRADING.COM, CRYPTO-BLACKROCK.COM, TOBLACKROCK.COM, TRADEBLACKROCK-CO.COM, WWWBLACKROCKLOANS.COM, ITBLACKROCK.COM, BLACKROCKPFM.COM, JIOBLACKROCK.COM, BLACKROCKJIO.COM, BLACKROCK-ASSETS.ORG, BLACKROCK-VPC.COM, BLACKROCK-FX.COM